**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **MD2U Management LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3098144** |

4. **Debtor's address**

**Principal place of business**

**9200 Shelbyville Road**
**Louisville, KY 40222**
Number, Street, City, State & ZIP Code

**Jefferson**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    **www.md2u.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **MD2U Management LLC**
Name                                                                                    Case number (*if known*) _____

**7.** **Describe debtor's business**    A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __6211__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor   **MD2U Management LLC**  Case number (*if known*) _____
       Name

**11. Why is the case filed in this district?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
           Contact name _____
           Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor   **MD2U Management LLC**                                          Case number (*if known*) _____
         Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 28, 2017**
              MM / DD / YYYY

**X** **/s/ Joel Coleman** _____          **Joel Coleman** _____
Signature of authorized representative of debtor              Printed name

Title   **President** _____

**18. Signature of attorney**

**X** **/s/ Charity B. Neukomm** _____   Date   **August 28, 2017** _____
Signature of attorney for debtor                                    MM / DD / YYYY

**Charity B. Neukomm** _____
Printed name

**Kaplan & Partners LLP** _____
Firm name

**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202** _____
Number, Street, City, State & ZIP Code

Contact phone   **(502) 416-1630**      Email address _____

_____
Bar number and State

## CERTIFICATE OF ADOPTION
## OF RESOLUTION
## OF LIMITED LIABILITY COMPANY

I, Joel Coleman, declare under penalty of perjury that I am a Director and a Member of

MD2U Management, LLC, and that on August 24, 2017, at a special meeting of the Members, the

following resolution was duly adopted by the Members of this limited liability company.

"Whereas, it is in the best interest of this limited liability company, and its subsidiaries MD2U Kentucky, LLC, MD2U Indiana, LLC, and MD2U North Carolina LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved that Joel Coleman and Kristen Miller are authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the limited liability company and its subsidiaries;

Be It Further Resolved, that Joel Coleman and Kristen Miller are authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company and its subsidiaries, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case; and

Be It Further Resolved, that Joel Coleman and Kristen Miller are authorized and directed to employ Charity B. Neukomm, attorney, and the law firm of Kaplan & Partners LLP to represent the limited liability company and its subsidiaries in such bankruptcy case and to pay a retainer in the amount of $75,000.00."

**MD2U MANAGEMENT, LLC**

By: Joel Coleman
Its: Member and Director

| Present: | Yes | | No |
|---|---|---|---|
| Joel Coleman | ☒ | | ☐ |
| Margi Willan | ☒ | | ☐ |
| Jessica Dsouza | ☒ | | ☐ |
| Mark Crane | ☐ | | ☒ |


| Vote on the Resolution: | Yes | No | Abstain |
|---|---|---|---|
| Joel Coleman | ☒ | ☐ | ☐ |
| Margi Willan | ☒ | ☐ | ☐ |
| Jessica Dsouza | ☒ | ☐ | ☐ |
| Mark Crane | ☐ | ☐ | ☐ |


The foregoing accurately reflects the attendance at the meeting and the vote on the resolution.

_____
Joel Coleman, Member

_____
Margi Willan, Member

_____
Jessica Dsouza, Member

_____
Mark Crane, Member

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **MD2U Management LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Anthem BCBS P.O. Box 105124 Atlanta, GA 30348** | | **Health Insurance** | | | | **$149,140.73** |
| **Bingham, Greenbaum, Doll, LLP 3500 National City Tower 101 South Fifth Street Louisville, KY 40202** | | **Legal** | | | | **$8,550.62** |
| **BKD, LLP 200 E. Main Street, Suite 700 Fort Wayne, IN 46802-1900** | | **Compliance** | | | | **$24,860.93** |
| **Blackburn Domene & Burchette PLLC 614 West Main Street Suite 3000 Louisville, KY 40202** | | **Legal** | | | | **$12,382.00** |
| **Blairwood Tennis, Swin & Fitness Club Attnz: Mike Boccieri 9300 Blairwood Rd Louisville, KY 40222** | | **Employee Relations** | | | | **$12,000.00** |
| **BMS Financial, LLC P.O. Box 1506 O Fallon, IL 62269-1506** | | **Insurance** | | | | **$14,166.43** |
| **Byline Bank (Ridgestone Bank) 500 W. Elm Grove Road Suite 104 Elm Grove, WI 53122** | | **UCC File No. 2015-2744133-12.** | | **$2,975,000.00** | **$0.00** | **$2,975,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **MD2U Management LLC**
Name
Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Compliance Concepts, Inc. Stonewood Commons II, Suite 320 103 Bradford Road Wexford, PA 15090** | | **Compliance** | | | | $39,812.50 |
| **Dinsmore & Shohl, LLP P.O. Box 639038 Cincinnati, OH 45263-9038** | | **Legal** | | | | $19,898.21 |
| **Kalamata Capital LLC 7315 Wisconsin Avenue East Tower, Suite 950 Bethesda, MD 20814** | | | **Disputed** | $53,492.00 | $0.00 | $53,492.00 |
| **Level 3 Communications PO Box 910182 Denver, CO 80291-0182** | | **Phone** | | | | $8,976.09 |
| **Louisville Geek 3900 Shelbyville Road - Ste 12 Louisville, KY 40207** | | **Computer** | | | | $11,875.84 |
| **McKesson Medical Surgical P.O. Box 634404 Cincinnati, OH 45263-4404** | | **Medical Supplies** | | | | $7,802.61 |
| **Mountjoy Chilton Medley LLP 2600 Meidinger Tower 462 S. Fourth Street, Ste. 2600 Louisville, KY 40202** | | **Auditing** | | | | $18,985.00 |
| **Pearl Capital 100 William Street Suite 900 New York, NY 10038** | | **Blanket Lien. Debtor is a co-debtor on loans to MD2U KY, MD2U IN, and MD2U NC.** | **Disputed** | $398,881.00 | $0.00 | $398,881.00 |
| **RapidAdvance (SBFS) 4500 East West Highway 6th Floor Bethesda, MD 20814** | | | **Disputed** | $61,133.00 | $0.00 | $61,133.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Debtor    **MD2U Management LLC**                                          Case number *(if known)*
             Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Saturn Funding 333 Seventh Avenue 3rd Floor New York, NY 10001** | | | **Disputed** | **$50,508.00** | **$0.00** | **$50,508.00** |
| **Splash Analytics 12300 Plantside Drive Louisville, KY 40299** | | **Data Analysis** | | | | **$17,368.75** |
| **Top Shelf Lobby, LLC 302 Shelby Street Frankfort, KY 40601** | | **Lobby Firm** | | | | **$12,000.00** |
| **Viking Partners Hurstbourne, LLC c/o Coldwell Banker Com. Reliant Realty 1125 W. 8th Street, Suite 200 Cincinnati, OH 45203** | | **Office Rent** | | | | **$15,123.17** |

140 Whittington Pkwy, LLC
3601 River Ridge Cove
Prospect, KY 40059

A T & T Advertising
P.O. Box 105024
Atlanta, GA 30348

AANP Exhibit Management
c/o Meeting Management Associates
16 West State St.
Sherburhe, NY 30349

AAPC
PO Box 35199
Seattle, WA 30350

ACS
P.O. Box 371834
Pittsburgh, PA 30351

Action Systems Inc.
1100 East Broadway
Louisville, KY 40204

AFLAC Inc
1932 Wynnton Road
Columbus, GA 31993-0797

AHLA
PO Box 79340
Baltimore, MD 21279-0340

Alex Calhoun
2705 Trumpetvine Rd
Louisville, KY 40220

Aliceson Stroub
123 Dunn Circle
Georgetown, KY 40324

All Custom Embroidery
732 Lori Lane
Lexington, KY 40517

Ally Pipta
509 Sunningdale Way
Elizabethtown, KY 42701

Almost Family
9510 Ormsby Station Road
Suite 300
Louisville, KY 40223

Alphaso L Kahn
190 Turkey Foot Court
Elizabethtown, KY 42701

Alyssa Stone
10220 Waycross Ave
Louisville, KY 40229

Amanda Peach
162 River Falls Drive
Mount Washington, KY 40047

Amanda Wallace
924 Woodland Ridge Circle
La Grange, KY 40031

Amber Wease
4102 Dienes Way
Louisville, KY 40216

American Acadamey of Home Care Physc
PO Box 3781
Oak Brook, IL 60522

American Academy of Home Care Medicine
PO Box 3781
Oak Brook, IL 60522

Amy Ninneman
800 Persimmon Ridge Dr.
Louisville, KY 40245

Amy Spader
1712 Rollinwood Way
Bowling Green, KY 42103

Andrea Turnock
806 Ahland Rd
Louisville, KY 40207

Andria House
3800 Staebler Ave
Louisville, KY 40207

Angela Clater
421 E Main Street
Cecilia, KY 42724

Angela Ritchea
3520 Victoria Manor Lane
#305
Lakeland, FL 33805

Angela Warren
3917 Thornbury Pl
Fort Wayne, IN 46804

Anita Callicoat
105 Oakwood Estates
Scott Depot, WV 25560

Anna Cayot
1609 Night Hawk Court
Louisville, KY 40223

Anthem BCBS
P.O. Box 105124
Atlanta, GA 30348

Anthem BCBS KY
P.O. Box 105675
Atlanta, GA 30348-5675

Anthem Blue Cross and Blue Shield
PO Box 6431
Carol Stream, IL 60197-6431

Anthem Dental
PO Box 202837
Department 83717
Dallas, TX 75320-2837

Anthony Adkins
Harmony Landing Court
Apt 14B
Frankfort, KY 40601

April Owens
4514 Middle Rd.
Jeffersonville, IN 47130

Aprima Medical Software
PO Box 670212
Dallas, TX 75267-0212

Aprima Medical Software, Inc.
PO Box 670212
Dallas, TX 75267

Archana Patel
1704 Somerset Place #7
Louisville, KY 40220

Ashley Bauer
520 Old River Rd
Scottsville, KY 42164

AspectX
7003 Harrods Landing Drive
Prospect, KY 40059

Bach & Armstrong LLP
312 First Street
P.O. Box 881
Henderson, KY 42419-0881

Banner Life Insurance Company
3275 Bennett Creek Avenue
Frederick, MD 21704

Baptist Health Louisville
Baptist Health Louisville
4000 Kresge Way
Louisville, KY 40207

Baptist Health Occupational Medicine
PO Box 950243
Louisville, KY 40295

Benefit Marketing Solutions LLC
P.O. Box 43653
Louisville, KY 40253-0653

Benjamin S. Schecter
Assistant United States Attorney
U.S. Attorney's Office, WDKY
717 West Broadway
Louisville, KY 40202

Better Living for Seniors-Polk County
P.O. Box 91884
Lakeland, FL 33804-1884

Bingham, Greenbaum, Doll, LLP
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202

BKD, LLP
200 E. Main Street, Suite 700
Fort Wayne, IN 46802-1900

Blackacre Conservancy
3200 Tucker Station Rd.
Louisville, KY 40299

Blackburn Domene & Burchette PLLC
614 West Main Street
Suite 3000
Louisville, KY 40202

Blairwood Tennis, Swin & Fitness Club
Attnz: Mike Boccieri
9300 Blairwood Rd
Louisville, KY 40222

Blue MedicareRx
P.O. Box 6570
Carol Stream, IL 60197-6570

Bluegrass Bouncers, Inc
11003 Pepperdine Court
Louisville, KY 40291

BMS Financial, LLC
P.O. Box 1506
O Fallon, IL 62269-1506

Bonnycastle Club Inc.
1951 Bonnycastle Avenue
Louisville, KY 40205

Brianne Casper
3114 Lacewood Lane
New Albany, IN 47150

Brothers Johnson Production
2005 Goldsmith Lane #59
Louisville, KY 40218

Bud Ditsler Co.
Business Gifts & More
2603 Hampton Hill Ct.
Louisville, KY 40220

Business First
Subscriptions
PO Box 36919
Charlotte, NC 28236

Business Pro Service
2950 Breckenridge Lane, 8
Louisville, KY 40220

Byline Bank (Ridgestone Bank)
500 W. Elm Grove Road
Suite 104
Elm Grove, WI 53122

CallPointe
3444 N. Country Club Rd.
Tucson, AZ 85716

Canal Mezzanine Partners II, LP
8840 Commons Blvd.
Suite 130
Twinsburg, OH 44087

Capitol Corporate Services
P.O. Box 1831
Austin, TX 78767

Capitol Services, Inc.
PO Box 1831
Austin, TX 78767

CAPNI
PO BOX 87925
Canton, MI 48178

Carol Karsner
115 Crestview Circle
Russell Springs, KY 42642

Carol Lockman
10541 Paces Ave
Apt 725
Mattews, NC 28105

Catherine McDaniel
902 Plantation Dr
Lenoir, NC 28645

Catholic Charities of Louisville, Inc.
2911 South 4th Street
Louisville, KY 40208

Cathy White
107 Blenheim Blvd
Radcliff, KY 40160

Centerplate
2800 South Floyd Street
Louisville, KY 40209

Centratel
141 NW Greenwood Ave., Ste. 200
Bend, OR 97701

Ceridian Benefits Services, Inc
P.O. Box 10989
Newark, NJ 07193

Channing Bete Company
PO Box 3538
South Deerfield, MA 01373-3538

Charles & Associates
312 Walnut, Suite 2440
Cincinnati, OH 45202

Charlsie Woodard
3328 Cadenza St
Greenville, NC 27858

Christina Elam
6802 Bushnell Street
Apt 102
Louisville, KY 40219

Christina Glotzbach
2002 Snyder Drive
Jeffersonville, IN 47130

Christine Exinor
10624 Foxcrest Way
Riverview, FL 33569

Christine Palmer
13617 Brown Road
Denham Springs, LA 70726

Christopher Lyons
3411 Eastside Drive
Louisville, KY 40220

Churchill Downs
Att: Premium Seating
700 Central Ave
Louisville, KY 40208

Cindy Smith
7705 Tylerton Dr
Raleigh, NC 27613

CITI Mortgage
P.O. Box 183040
Columbus, OH 43218

Citrix Sharefile
120 S. West Street
Raleigh, NC 27603

Citrix Sharefile
120 S. West St
Raleigh, NC 27603

Citrix Systems Inc.
PO Box 931686
Atlanta, GA 31193-1686

CitrixOnline
7414 Hollister Avenue
Goleta, CA 93117

Claire J Linepensel
233 West Broadway #402
Louisville, KY 40202

CNA Deductible Recovery Group
P.O. Box 6065 - 02
Hermitage, PA 16148-1065

CNA Insurance
P.O. Box 790094
St. Louis, MO 63179

CNA Surety Direct Bill
PO Box 957312
St Louis, MO 63195-7312

Commonwealth of KY
Department of Revenue
Frankfort, KY 40619

Community FCS Program
c/o Shannon Gordon
2531 Old Rosebud Rd.
Lexington, KY 40509

Compliance Concepts, Inc.
Stonewood Commons II, Suite 320
103 Bradford Road
Wexford, PA 15090

Conexis
P.O. Box 8363
Pasadena, CA 91109-8363

Cook Medical, LLC
22988 Network Place
Chicago, IL 60673-1229

Core Documents Inc
5726 Cortez Road West, #252
Bradenton, FL 34210

Cox's Pharmacy
5005 Preston Hwy., Ste 104
Louisville, KY 40213

Credit Clearing House of America, Inc.
P.O. Box 1209
Louisville, KY 40201-1209

Daniel B Dadi
7311 Apple Mill Drive
Louisville, KY 40228

Darwin Select Insurance Company
1690 New Britain Avenue
Suite 101
Farmington, CT 06032

Dathorne & Butler
600 West Main St
Suite 500
Louisville, KY 40202

David Black
2029 Holly Street
Charlotte, NC 28216

David S. Waskey
2327 Saratoga Drive
Louisville, KY 40205

David Spindle
3397 Osprey Ct.
Geneva, IL 60134

De Lage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101

De Lage Landen Financial Services, Inc.
111 Old Eagle School Road
Wayne, PA 19087

Debbie Davis
17 Cove Road
Ponte Verde, FL 32082

Debra Mullins
727 Chappell Rd.
Charleston, WV 25304

Dell Financial Services
PO Box 6547
Carol Stream, IL 60197

Dell Financial Services LLC
Mail stop-PS2DF-23
One Dell Way
Round Rock, TX 78682

Delphi Center
6250 Reliable Parkway
Chicago, IL 60866-0062

Delphine Tierney
1602 4th Street W
Palmetto, FL 34221

Dept of Labor and Industries
Att: Sean Blystone
PO Box 34022
Seattle, WA 98124-1022

Derby City Vending
131 North Spring St.
Louisville, KY 40206

Diana Maccario
3700 Wexford Hollow Road East
Jacksonville, FL 32224

Diane Gellerman
140 Hibiscus Rd
Edgewater, FL 32141

Dina Hobson-Fisher
116 Avondale Dr
North Wales, PA 19454

Dinsmore & Shohl, LLP
P.O. Box 639038
Cincinnati, OH 45263-9038

Discovery Health Record Solutions, LLC
1150 Northmeadow Pkwy. Suite 100
Roswell, GA 30076

Dorothy Clerici
1075 Watts Rd.
Georgetown, IN 47122

Dr. McCants
3009 W. Lobo Ridge
New Albany, IN 47150

Drs. Godfrey, Godfrey, & Eklund, P.S.C
914 North Dixie Ave., Suite 304
Elizabethtown, KY 42701

Drury Inn and Suites Louisville
9501 Blairwood Road
Louisville, KY 40222

Edwina Johnson
136 W Main Street
Mt. Sterling, KY 40353

Elder Serve
300 E. Market St.
Suite 190
Louisville, KY 40202

ElderServe Inc
411 E Muhammad Ali Blvd
Louisville, KY 40202

Eleanor Holmgren
2025 Brownsboro Rd, #306
Louisville, KY 40206

Elizabeth Cox
11501 Maple Brook Drive #101
Louisville, KY 40241

Elizabeth Deese
2300 Merluna Drive
Lexington, KY 40511

Ellen Thomson
3720 Hillsboro Rd.
Louisville, KY 40207

Emerald Advisors Group, LLC
1829 E. Spring Street, Suite 105
New Albany, IN 47150

Emily G Bennett
203 Maplewood Drive
Clarksville, IN 47129

Emily Haywood
1112 Poplar Level Plaza
Louisville, KY 40217

Employment Security Department
Washington State
UI Tax and Wage Administration
Seattle, WA 98124-1949

Enterix
236 Fernwood Avenue
Edison, NJ 08837

Eric R Simpson
3509 Northwestern Parkway
Louisville, KY 40212

ETACTICS, Inc
PO Box 932432
Cleveland, OH 44193-0012

European Interpreter Service Inc
8613 Old Kings Rd. S.
Unit 502
Jacksonville, FL 32217

Executive Branch Ethics Commission
#3 Fountain Place
Frankfort, KY 40601

Fayette County Public Schools (FCPS)
c/o Tax Collection Office
P.O. Box 55570
Lexington, KY 40555-5570

FDOT Turnpike Enterprise
P.O. Box 310
Ocoee, FL 34761

Felix Rodriguez
1943 Meadowcreek Drive
Louisville, KY 40218

First Capital Bank of Kentucky
2862 Frankfort Avenue
Louisville, KY 40206

First Financial Bank
Corporate Facilities
255 East 5th Street, Ste 700
Cincinnati, OH 45202

FirstLease, Inc.
1300 Virginia Drive
Suite 450
Fort Washington, PA 19034

Foundation Fighting Blindness
c/o Kristi Snuttjer
1580 South Milwaukee Avenue
Libertyville, IL 60048

Frost Brown Todd LLC Attorneys
P.O. Box 70087
Louisville, KY 40270-0087

Gateway EDI
501 N. Broadway, 3rd Floor
St. Louis, MO 63102

GFI
Attn. Accounts Receivable
33 North Garden Ave, Suite 1200
Clearwater, FL 33755

GFI USA INC
1005 Slater Rd. Suite 300
Durham, NC 27703

Gina Vaught
119 Seneca Trail
Louisville, KY 40214

Glassdoor, Inc.
Department 3436
PO Box 123436
Dallas, TX 75312-3436

Gloria Calderon
1350 Portside Dr.
Fleming Island, FL 32003

Goulds Discount Medical
3901 Dutchmans Lane
Louisville, KY 40207

Granny B Catering
3537 Hurstbourne Ridge Blvd
Louisville, KY 40299

Grape Leaf Ventures, Inc
19102 Brickshire Place
Louisville, KY 40245

GrayRobinson
P.O. Box 3068
Orlando, FL 32802-3068

Greater Louisville Inc.
614 W. Main Street, Suite 6000
Louisville, KY 40202

Greater Louisville Medical Society
PO Box 950130
Louisville, KY 40295-0130

Greg Latta
1626 Cowling Avenue
Louisville, KY 40205

Greg Latta
1261 Cherokee Road
Louisville, KY 40204

Greg Latta
1261 Cherokee Road
Louisville, KY 40222

Guarantee Insurance Company
P.O. Box 630694
Cincinnati, OH 45263-0694

Guardian
PO Box 677458
Dallas, TX 75267-7458

Harbert Mezzanine Partners
618 Church Street, Ste 500
Nashville, TN 37219

Harvard Business Review
SBS
P.O. Box 2489
White City, OR 97503

Health Care Compliance Association
6500 Barrie Road, Suite 250
Minneapolis, MN 55435

Health Enterprises Network
614 West Main Street
Louisville, KY 40202

Heather Cooper
242 Melwood Dr
Shepherdsville, KY 40165

Heather Norfleet
116 Burley Drive
Lancaster, KY 40444

Heather Parsley
912 College St.
Smiths Grove, KY 42171

Heather Stavrakas
3006 Hampton Downs Dr
Monroe, NC 28112

HELP of Southern Indiana
Solarbron Pointe - Attn: Rhonda
1501 McDowell Rd
Evansville, IN 47712

Hewlett-Packard Company
P.O. Box 101149
Atlanta, GA 30392-1149

Hillary Smith
3170 Mapeleaf Dr.
Apt. 806
Lexington, KY 40509

Hilliard Lyons
Attn: Jennifer Morris
500 W Jefferson St, Ste 700
Louisville, KY 40202

Hines Pharmacy
165 Natchez Trace Avenue
Suite 101
Bowling Green, KY 42103

Hispanic/Latino Coalition
4801 Southside Drive
Louisville, KY 40214

Holly R Muncy
655 Keith Hollow Road
Shepherdsville, KY 40165

Horizon Bay Retirement Living
901 Blankenbaker Pkwy
Louisville, KY 40243

HP Remarketing Computers
13207 Collections Center Drive
Chicago, IL 60693

HP Services
13207 Collections Center Drive
Chicago, IL 60693

HP Services
13207 Collections Centre Dr.
Chicago, IL 60693

HSPN
8907 Gutenburg Rd.
Louisville, KY 40299

Hume Pharmacy
10101 Taylorsville Rd
Louisville, KY 40299-3662

Hurstbourne Area Business Association
304 Whittington Pkwy., Ste 100
Louisville, KY 40222

Icahn School of Medicine at Mount Sinai
Center to Advance Palliative Care
55 West 125th Street, Suite 1302
New York, NY 10027

ICATS Lakeland LLC
9200 Shelbyville Road
Louisville, KY 40222

ICATS Management
9200 Shelbyville Road
Louisville, KY 40222

Ida Appiah Agyei
529 Farm Hill Court
Blacklick, OH 43004

Indiana Department of Revenue
P.O. Box 7221
Indianapolis, IN 46207-7221

Indiana State Board of Nursing
PLA
402 West Washington St, Room W072
Indianapolis, IN 46204

Indiana State Central Collection Unit
P.O. Box 6219
Indainapolis, IN 46206-6219

Indiana State Treasurer
c/o Indiana Department of Revenue
PO Box 6077
Indianapolis, IN 46206-6077

Ingenix
P.O. Box 88050
Chicago, IL 60680-1050

Ingrid Bowser
72798 County Road 133
Syracuse, IN 46567

INK & TONER USA
4729 Dixie Highway
Louisville, KY 40216

Ink Publishing & Design
PO Box 436076
Louisville, KY 40253

Insight Communications
P.O. Box 740273
Cincinnati, OH 45274-0273

Institute for Healthcare Improvement
20 University Road, 7th Floor
Cambridge, MA 02138

Integrity HR
2013 Frankford Ave.
Louisville, KY 40206

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

IPC Louisville Properties, LLC
PO Box 634866
Cincinnati, OH 45263

J Michael Benfield
8902 Dennington Drive
Louisville, KY 40222

J. Michael Benfield
1601 Spring Drive #18
Louisville, KY 40205

J. Michael Benfield
8902 Dennington Drive
Louisville, KY 40222

J. Michael Benfield, Jr.
8902 Dennington Drive
Louisville, KY 40222

J. Preston Yarborough
4027 Quartergate Drive
High Point, NC 27265

Jacklyn Travis
83 Rio Grande Ct
Elizabethtown, KY 42701

Jacksonville Beach Baseball Assoc.
PO Box 50042
Jacksonville Beach, FL 32240

James Quinn, MD
15 Milton Road
Little Compton, RI 02837

Jamie Lang
301 East Stephenson Street
Marion, IN 46952

Jannee M Swansson
3201 Silver Springs Drive #58
Louisville, KY 40220

Jason M. Runyan
13927 Shipwreck Circle North
Jacksonville, FL 32224

Jefferson County Clerk's Office
PO Box 33033
Louisville, KY 40232

Jefferson County Sheriff's Office
P.O. Box 70300
Louisville, KY 40270-0300

Jenna Wilbur
840 Milford Court
Louisville, KY 40207

Jennifer Ray
25 Davy Crockett Trail
Louisville, KY 40216

Jennifer Rowe
7905 Westbrook Rd.
Louisville, KY 40258

Jennifer Sims
8057 Covington Ct
Newburgh, IN 47630

Jessica Abbott
8550 S. Dogwood Dr.
Charlestown, IN 47111

Jessica L Dsouza
4911 Plebe Court
Louisville, KY 40216

Jessica MacLeod
2510 Gavins Lane
Evansville, IN 47725

Jillian Gairing
3630 Kelly Way
Louisville, KY 40220

JJB Hilliard Lyons
Attn: Jennifer Morris
500 W Jefferson St., Ste 700
Louisville, KY 40202

Joel Coleman
6501 Turnbridge Place
Prospect, KY 40059

John Waters, Inc.
2315 Watterson Trail
Louisville, KY 40299

John Westhoff
3036 Marguerite Dr.
Huntertown, IN 46748

Jon Melton
6202 Nigel Dr
Louisville, KY 40216

Joseph Condict
3800 Staebler Ave.
Louisville, KY 40207

Julita Lathers
4300 Point Court
Port Charlotte, FL 33948

Kaelyn Keith
346 Singleton Waynesburg Rd
Eubank, KY 42567

KAG Conference
c/o Madri Faul, KAG Conference Planne
5400 Tarrant Lane
Crestwood, KY 40014

KAHCF
Dept. #52200 PO Box 950174
Louisville, KY 40295-0174

Kalamata Capital LLC
7315 Wisconsin Avenue
East Tower, Suite 950
Bethesda, MD 20814

Kalyn Conner
5808 Grandel Blvd
Louisville, KY 40258

Kanisha Roberts
2161 Goldsmith Ln, #2
Louisville, KY 40215

Kara Barker
202 Pennsylvania Ave
Louisville, KY 40206

Karen Crossin
P.O. Box 100
Newberry, FL 32669-0100

Karen Latta
1261 Cherokee Road
Louisville, KY 40204

Karen Woosley
17516 Curry Branch Rd
Louisville, KY 40245

Katherine Johnson
214 Bonnie Lane
Louisville, KY 40218

Kayln M Reed
1611 South 38th Street
Louisville, KY 40211

KCNPNM
4313 Newtown Pike
Georgetown, KY 40324

Keith J Brown
3509 Northwestern Parkway
Louisville, KY 40212

Kelsi Borntraeger
1017 Fenley Ave
Louisville, KY 40222

Ken Kleiber LMT
119 S. Sherrin Ave. Suite 130
Louisville, KY 40207

Kentucky Assisted Living Facilities Assc
133 Evergreen Road, Suite 212
Louisville, KY 40243

Kentucky Bar Association
Attn: Accounting Dept
514 W Main Street
Frankfort, KY 40601-1812

Kentucky Board of Medical Licensure
ATTN: Leanne Diakov
310 Whittington Parkway, Suite 1B
Louisville, KY 40222

Kentucky LTC Training Consortium
614 West Main Street, Suite 6000
Louisville, KY 40202

Kentucky State Treasurer
c/o Kentucky Department of Revenue
Frankfort, KY 40620-0021

Kentucky Unemployment Insurance
Division of Unemployment Insurance
PO Box 948
Frankfort, KY 40602-0948

KESA
PO Box 856300
Department 114
Louisville, KY 40285

Kightlinger & Gray, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204

Kim Coury
2815 Pomeroy Drive
Louisville, KY 40218

Kristine Hall
1708 Westmoorland Way
Louisville, KY 40242

KY & IN SI Stroke Association
3425 Stony Spring Circle #102
Louisville, KY 40220

KY Board of Nursing
312 Whittington Pkwy., 300
Louisville, KY 40222-5172

Kyle Schneider
4012 Graf Drive
Louisville, KY 40220

L G & E
P.O. Box 538612
Atlanta, GA 30353-8612

Laboratory Corporation of America
11751 Interchange Dr.
Louisville, KY 40229

Ladyfingers Catering
12901 Old Henry Rd.
Louisville, KY 40223

Land Rover Financial Group
P.O. Box 78069
Phoenix, AZ 85062-8069

Landrum & Shouse
106 West Vine Street, Suite 800
PO BOX 951
Lexington, KY 40588

Language Services
455 Business Center Drive
Suite 100
Horsham, PA 19044

Latricia Chastain
25860 Avstin Rd
Albemarle, NC 28001

Lauren E Weining
410 Clover Lane
Louisville, KY 40207

Leake & Andersson
1100 Poydras Street
Suite 1700
New, LA 70163

Leigh Ann Stachowiak
1426 Cricket Hollow Lane
Saint Johns, FL 32259

Lela Hopsm
209 Hunting Green Dr
Jacksonville, NC 28546

Level 3
PO Box 910182
Denver, CO 80291

Level 3 Communications
PO Box 910182
Denver, CO 80291-0182

Lexington-Fayette Urban County Governmen
c/o Division of Revenue
P.O. Box 14058
Lexington, KY 40512-4058

LexMark
Dept. 504331A
740 W New Circle Rd
Lexington, KY 40550

LFD/CPR Center
1135 W. Jefferson Street
Louisville, KY 40203

LH2 Apparel, LLC
P.O. Box 38407
Charlotte, NC 28278

Lifeline Temple C.O.G.I.C.
Jamaica Eddy
PO Box 696
Radcliff, KY 40159

Lincoln National Life Insurance
P.O. Box 0821
Carol Stream, IL 60132

Lincoln Trail ADD
PO Box 604
Elizabethtown, KY 42702-0604

Lindsey Tufty
10508 Whitepine View place
Louisville, KY 40299

Lisa Hiestand
5929 Colony Place Dr.
Lakeland, FL 33813

Lisa Videau
240 Raleigh Dr
Slidell, LA 70460

Lizzie Perna
2077 Sherwood Ave #3
Louisville, KY 40205

Lloyd & McDaniel PLC
PO Box 23306
Louisville, KY 40223-0200

Lora Welch
1509 Colonial Ct
Goshen, KY 40026

Lou Ann Cook
15430 Bluff Spring Road
Hopkinsville, KY 42240

Louisiana Department of Revenue
P.O. Box 751
Baton Rouge, LA 70821-0751

Louisville Bats Baseball
401 East Main Street
Louisville, KY 40202

Louisville Business First
Subscriptions
PO Box 36919
Charlotte, NC 28236-9904

Louisville Fire Department
CPR Training Center
1135 W. Jefferson Street
Louisville, KY 40203-1831

Louisville Geek
3900 Shelbyville Road - Ste 12
Louisville, KY 40207

Louisville Geek
3900 Shelbyville Road
Suite 12
Louisville, KY 40207

Louisville Metro Revenue
P.O. Box 35410
Louisville, KY 40232-5410

Louisville Office Furniture
1100 East Broadway
Louisville, KY 40204

Louisville Sporting Goods
3949 Taylorsville Road
Louisville, KY 40220

Louisville Sports Properties, LLC
c/o Learfield Communications, Inc.
P.O. Box 843038
Kansas City, MO 64184-3038

Louisville Zoo
P.O. Box 37250
Louyisville, KY 40233

Lucinda Smith
7705 Tylerton Drive
Raleigh, NC 27613

LXC Sports
812 Lyndon Ln., Suite 202
Louisville, KY 40242

Lynn Norvell
9312 Springmont Place
Louisville, KY 40241

MAA LLC
815 East Market St
New Albany, IN 47150

Malea Wolfe
8218 Lake Terrace Dr
Evansville, IN 47715

Margaret Benfield
3537 Hurstbourne Ridge Blvd
Louisville, KY 40299

Margaret Willan
250 Pennsylvania Avenue
Louisville, KY 40206

Mark Crane
19102 Brickshire Place
Louisville, KY 40245

Marlin Business Bank
P.O. Box 13604
Philadelphia, PA 19101-3604

Marlin Leasing
300 Fellowship Road
Mount Laurel, NJ 08054

Mary Ellen Norcia
2462 Grinstead Drive Apt. 2
Louisville, KY 40204

Mary Hatchett
PO Box 77214
Greensboro, NC 27417

Mary Jane Doyle
145 Troon Ct.
Richmond, KY 40475

Mary Sizemore
1583 Hughart Drive
Charleston, WV 25320

McGregor & Associates, Inc.
997 Governors Lane
Suite 175
Lexington, KY 40513

McKesson Medical Surgical
P.O. Box 634404
Cincinnati, OH 45263-4404

MD2U Cares, Inc.
9200 Shelbyville Road
Louisville, KY 40222

MD2U Florida LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U Franchising LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U Holding Company
9200 Shelbyville Road
Louisville, KY 40222

MD2U IAH LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U IAH, LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U Indiana LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U Kentucky LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U Louisiana LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U Missouri LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U North Carolina LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U Ohio LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U Ohio LLC
9200 Shelbyville Road

MD2U PLLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U South Carolina LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U Tennessee LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U West Virginia LLC
9200 Shelbyville Road
Louisville, KY 40222

Meaghan Reed
230 Pennsylvania Avenue
Louisville, KY 40206

MedX12
10200 Forest Green Blvd
Lower Level
Louisville, KY 40223

Megan Henderson
1241 Cottonwood Ct
Simpsonville, KY 40067

Megan Mantz
1215 East Main Street
Greenup, KY 41144

Megan Oleksa
1246 Westlynne Way
Louisville, KY 40222

Megan Rhyne-Cousar
11001 Hat Creek Lane
Davidson, NC 28036

Melissa Locklear
1557 Island Grove Rd
Maxton, NC 28364

Mercedes-Benz Financial
PO Box 5209
Carol Stream, IL 60197

Mercedes-Benz Financial Services
P.O. Box 5209
Carol Stream, IL 60197-5209

Merchant Funding Services, LLC
One Evertrust Plaza
Suite 1401
Jersey City, NJ 07302

Meredith Lewis
12289 Hood Landing Rd
Jacksonville, FL 32258

Metro Parks and Recreation
1297 Trevillian Way
Louisville, KY 40213

Metzger & Associates LLC
1637 Metropolitan Blvd
Suite C-2
Tallahassee, FL 32308

Michele Mott
72 Ryder Ct.
Rineyville, KY 40162

Michelle Trueman
258 Marlberry Cr.
Jupiter, FL 33458

Micole Williams
208 Ballis Lane
Shreveport, LA 71106

Mindy Friedrich
302 Buckingham Terrace
Louisville, KY 40222

Mohamed Saad, MD
10531 Championship Ct
Prospect, KY 40059

Mollie Jones
510 Winyan Ln
Louisville, KY 40222

Morgan & Pottinger, PSC
601 West Main Street
Louisville, KY 40202

Mountjoy Chilton Medley LLP
2600 Meidinger Tower
462 S. Fourth Street, Ste. 2600
Louisville, KY 40202

Myla Mullins
3509 Lodge Ln, #117
Louisville, KY 40218

Naiman's Catering, Inc
10004 Hartwick Village Drive
Louisville, KY 40241

Nancy Majors
24 Stanton Drive
Springboro, OH 45066

Nanette Climans
106 Sophia Marie cove
Sanford, FL 32771

Natalie Barbastefano
45001 Mather Lane
Hunting Valley, OH 44022

Natalie Ferris Barbastefano
45001 Mather Lane
Hunting Valley, OH 44022

National Senior Care Group
Att: Norm Pelzer
4376 Cover St.
Riverside, CA 92506

```
NC Office of Emergency Medical Services
Division of Health Service Regulation
Attention: DNR/MOST Order
Raleigh, NC 27699-2707

NCNA
PO Box 12025
Raleigh, NC 27605

NEC Financial
24189 Network Pl
Chicago, IL 60673

NEC Financial Services, LLC
250 Pehle Ave
Ste 309
Saddle Brook, NJ 07663

NEC Financial Services, LLC
24189 Network Place
Chicago, IL 60673

NewLeaf Business
P.O. Box 20237
Louisville, KY 40250-0237

NICA
P.O. BOX 14567
Tallahassee, FL 32317-4567

Nicholas Forte
5501 Sundown Court
Apt C
Louisville, KY 40222

Nikita Richardson
2223 Angelcreek Ct
Jacksonville, FL 32221

Nikki Hubbard
10409 Black Iron Rd.
Louisville, KY 40291

North Carolina Department of Revenue
P.O. Box 25000
Raleigh, NC 27640-0520

North Carolina Nurses Association
PO Box 12025
Raleigh, NC 27605

Office for Aging/Disabled Citizens
Office for Aging and Disabled Citizens
810 Barrett Ave.
Louisville, KY 40204
```

Office of the U.S. Attorney
Western District of Kentucky
For: Department of Health and Human Svcs
717 West Broadway
Louisville, KY 40202

Office of the U.S. Attorney
Western District of Kentucky
For: Internal Revenue Service
717 West Broadway
Louisville, KY 40202

Office Resources, Inc.
P.O. Box 1689
Louisville, KY 40201-1689

Ohio Bureau Workers Comp
P.O. Box 89492
Cleveland, OH 44101-6492

Ohio Treasurer of State
c/o Ohio Department of Taxation
P.O. Box 181140
Columbus, OH 43218-1140

Optuminsight, Inc.
P.O. Box 88050
Chicago, IL 60680-1050

Pacharo Ndupu
3117 Amesbury Hill Drive
Charlotte, NC 28269

Pamela Neal
605 South Terrace
Huntington, WV 25705

Parex Properties, LLC
9100 Marksfield Road, Ste 100
Louisville, KY 40222

Patricia Epstein
16335 Ashington Park Dr
Tampa, FL 33647

Patty Blevins
3310 Deerwood Dr.
New Albany, IN 47150

Patty Noble
47 Tanglewood Lane
Bowling Green, OH 43402

Paycom Payroll LLC
255 E ast 5th Street, 2115
Cincinnati, OH 45202

PDD Solutions
PO Box 20237
Louisville, KY 40250-0237

Peak10
PO Box 534326
Atlanta, GA 30353-4326

Peak10
PO Box 534326
Atlanta, GA 30353

Pearl Capital
100 William Street
Suite 900
New York, NY 10038

Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250-7887

Powers Pyles Sutter & Verville PC
1501 M Street NW
Seventh Floor
Washington, DC 20005

PR Store
2527 Nelson Miller Parkway
Suite 106
Louisville, KY 40223

Preferred Marketing Solutions
1108 Solutions Center
Department 771108
Chicago, IL 60677-1001

Preston Yarborough
4027 Quartergate Drive
High Point, NC 27265

Principal Financial Group
P.O. Box 10372
Des Moines, IA 50306-0372

ProSource
4720 Glendale-Milford Rd.
Cincinnati, OH 45242

ProSource
4720 Glendale-Milford Rd
Cincinnati, OH 45242

```
Prudential Group Insurance
PO Box 101241
Atlanta, GA 30392-1241

PSS World Medical, Inc.
5150 Interchange Way, Ste B.
Louisville, KY 40229-2299

PW Funding, LLC
3300 Highlands Pkwy
Suite 290
Smyrna, GA 30082

Quill
P.O. Box 37600
Philadelphia, PA 19101

Quintairos, Preito, Wood & Boyer, P.A.
9300 South Dadeland Blvd., 4th Floor
Miami, FL 33156

Ramada Downtown North
1041 Zorn Avenue
Louisville, KY 40207

RapidAdvance (SBFS)
4500 East West Highway
6th Floor
Bethesda, MD 20814

Redella Hedrick
PO Box 7157
Concord, NC 28027

Regus/HQ
PO Box 842456
Dallas, TX 75284-2456

Reisha Caudill
1129 Jamestown Dr
Berea, KY 40403

Renee Henry-Ross
1123 Lucerne Street
Fayetteville, NC 28303

Retarus Inc.
300 Lighting Way
Suite 315
Secaucus, NJ 07094

Rhonda Lawson
473 Highway 11
Barbourville, KY 40906
```

RIchard Kuylen
2306 Rue St. Martin
Hammond, LA 70403

Richard L. Tinsley
2108 Highland Springs Pl
Louisville, KY 40245

Ridgestone Bank
13925 W North Avenue
Brookfield, WI 53005

Road to Recovery
PO BOX 302
Buckner, KY 40010

Roar Advertising
3406 Hanover Court
Louisville, KY 40207

Rob Francis
6217 Perrin Drive
Crestwood, KY 40014

Robert Walther
3705 Jericho Dr
Casselberry, FL 32707

Robin Mauer
719 Forsheer Ct
Chesterfield, MO 63017

Robin Morton
165 Barley Circle
Crittenden, KY 41030

Rose Estate Holdings, LLC
PO BOX 20046
St. Petersburg, FL 33742

Roxeanne Jefferies
4321 Regatta Circle
Norristown, PA 19401

RunSwitch, LLC
6000 Brownsboro Park Blvd.
Unit F
Louisville, KY 40207

Ruth Gaines
5629 Pacific Blvd
Apt. 3012
Boca Raton, FL 33433

Ryan Garvey
1200 Park Hills Court
Louisville, KY 40207

Samuel Palmer & The Spitz Law Firm, LLC
The Spitz Law Firm, LLC
WaterTower Plaza
Beechwood, OH 44122

Sanofi Pasteur Inc
12458 Collections Center Drive
Chicago, IL 60693

Sarah Pollom
507 Oxford Place
Louisville, KY 40207

Saturn Funding
333 Seventh Avenue
3rd Floor
New York, NY 10001

Schwartz Insurance Group
2950 Breckenridge Lane 8
Louisville, KY 40220

Sean James Enterprises Inc
425 Tribble Gap Road
Cumming, GA 30040

Senior Comfort Guide, LLC
23715 Mercantile Rd.
Suite 203A
Beachwood, OH 44122

Senior First Care Advisors, LLC
c/o Suzanne Piper
PO Box 179
Perry Park, KY 40363

Senior Helpers
200 Breckenridge Lane
Louisville, KY 40207

Senior Services of Northern Kentucky
1032 Madison Avenue
Covington, KY 41011

ShareFile
701 Corporate Center Drive
Suite 300
Raleigh, NC 27607

Shauna Simpson
4410 Strathdon Dr
Ft. Wayne, IN 46816

Shawna Bird
1710 Versailles Rd
Lexington, KY 40504

Shay Mitchell
1603 Versailles Rd.
Lexington, KY 40504

Shelby Smith
3723 Chatham Road
Louisville, KY 40218

Shelby Welch
3127 Mylanta Place
Louisville, KY 40220

Shelina Davis
1122 Condado Dr.
Rockledge, FL 32955

Shelley Foord-Kelcey
170 Cliffline Drive
London, KY 40741

Shelly Dupin
102 Legend Creek Dr
Youngsville, LA 70592

Sherice Reddick
13612 Laraway Dr.
Riverview, FL 33579

Sherra Morgan
228 Old Wallaceton Rd
Berea, KY 40403

Shred-it
P.O. Box 13574
Newark, NJ 07188-3574

SimplexGrinnell
Dept. CH 10320
Palatine, IL 60055-0320

Simulution
211 River Ridge Circle
Suite 104
Burnsville, MN 55337

Smith Manus Surety Bonds
2307 River Road, Suite 200
Louisville, KY 40206

Specific Waste Industries
PO Box 1091
Prospect, KY 40059

Splash Analytics
12300 Plantside Drive
Louisville, KY 40299

St Mary's Medical Group
Attn: Barbara Parker
1400 Professional Building
Evansville, IN 47714

Stacey Koch
11265 Boston Rd
Boston, KY 40107

Stacia Williams
4201 Wilderness Run Dr.
Zachary, LA 70791

Stacy Isenberg
5180 Mt Olivet Rd
Bowling Green, KY 42101

Starlight Coffee Co.
101 Lafpllette Station
Floyds Knobs, IN 47119

State of West Virginia
State Tax Department
PO Box 229
Charleston, WV 25321

Steel City Pops - Kentucky
1021 Bardstown Rd
Louisville, KY 40204

Stephanie Benz
14408 Willow Grove Circle
Louisville, KY 40245

Stephanie Chalko
11808 Duane Point Circle
Apt 201
Louisville, KY 40243

Stephanie Doench
2248 N County Rd 450 W
Richland, IN 47634

Stericycle, INC.
P.O. BOX 6575
Carol Stream, IL 60197-6575

Stites & Harbison
400 West Market Street
Suite 1800
Louisville, KY 40202

Strategic Business Advisors
c/o Carson Stokes
4403 Saratoga Woods Dr
Louisville, KY 40299

Susan Bennett
902 Ann Marie Drive
Morgantown, WV 26508

Susan Thornton
80054 Cat Tail Circle
Yulee, FL 32097

Sycamore Services, Inc.
1001 Sycamore Lane, PO Box 369
Daneville, IN 46122

Tamalynn O'Daniel, APRN
3209 Chickadee Road
Louisville, KY 40213

Tammy Loebker
20562 Matterhorn Drive
Lawrenceburg, IN 47025

Tammy Wicke
3027 Wentworth Ave
Louisville, KY 40206

Teresa Valez
42 Seaton Valley Path
Palm Coast, FL 32164

Teuta Sherifi
2315 Hikes Lane
#3
Louisville, KY 40218

The ILRC
2709 Art Museum Dr.
Jacksonville, FL 32207

The Institute for Sustainable Health & O
300 East Market St., Suite 200
Louisville, KY 40202

The Lincoln National Life Ins. Company
PO Box 7247-0477
Philadelphia, PA 19170-0477

The Oliver Group
13500 Oliver Station Court
Louisville, KY 40245

The Revzon Consulting Group, LLC
465 Furance St., Suite 6
Marshfield, MA 02050

The Rotunda Group, LLC
P.O. Box 5711
Louisville, KY 40255

The TRECS Institute
105 Thatcher Court
North Wales, PA 19454

The Turf Club at Churchill Downs
Accounts Receivable Dept.
600 N. Hurstbourne Pkwy.
Louisville, KY 40222

Tiffany L. Forrest
6530 Calm River Way
Louisville, KY 40299

Tiffany Tackett
288 Redcrest Dr.
Shepherdsville, KY 40165

Time Warner Cable
PO Box 1060
Carol Stream, IL 60132

Tina Agan
7501 142nd Ave. N Lot #530
Largo, FL 33771

Tina Hill
21 Meadow Brook Circle
Hurricane, WV 25526

Tom Power Painting
2123 Highland Springs Place
Louisville, KY 40245

Toni Gray
1868 Nicholasville Road
Lexington, KY 40503

Tonia Grabowski
7810 Kennard Rd.
Lodi, OH 44254

Tony Back
901 Harvard Ave E
Seattle, WA 98102

Tony Miller
1025 Skillback Rd
Indian Trail, NC 28079

Top Shelf Lobby, LLC
302 Shelby Street
Frankfort, KY 40601

Tower Health LLC
c/o Technology Consulting Inc
PO Box 22529
Louisville, KY 40252

Tracy Athey
6072 State Rd 62
Georgetown, IN 47122

Tracy D Adams
1108 Winners Circle #6
Louisville, KY 40242

Transitions LifeCare
250 Hospice Circle
Raleigh, NC 27607

Travelers Indemnity and Affiliates
PO Box 660307
Dallas, TX 75266-0307

Trinity Video Communications
11003 Bluegrass Pkwy, Ste 600
Louisville, KY 40299

TW Telecom
PO Box 910182
Denver, CO 80291-0182

Tyco SimplexGrinnell
Dept. CH 10320
Palantine, IL 60055-0320

U of L Geriatrics
c/o U of L Health Care OP Center
401 E Chestnut Street, Ste 170
Louisville, KY 40202

```
U. S. Postal Service
CMRS-PB
P.O. Box 0566
Carol Stream, IL 60132-0566

U.S. Small Business Administration
Tennessee District Court
2 International Plaza, Ste. 500
Nashville, TN 37217-2002

Unified Technologies, LLC
P.O. Box 99889
Louisville, KY 40269

United States Treasury
Internal Revenue Service
Cincinnati, OH 45999-0149

University of Louisville
Delphi Center
6250 Reliable Parkway
Chicago, IL 60686-0062

US Postal Service
Att: Postmaster
4600 Shelbyville Rd, Suite 126
Louisville, KY 40207

ValuLogik
P.O. Box 7129
Louisville, KY 40257

Venture Club of Louisville
c/o YPAL
550 S. 4th Street
Louisville, KY 40202

Venture First
Accounts Receivable
P.O. Box 7129
Louisville, KY 40257

Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002

Veronica Walters
401 Rosewood Ave.
Findlay, OH 45840
```

Victoria Landing Apartments
3685 Victoria Manor Drive
Lakeland, FL 33805

Viking Partners Hurstbourne, LLC
c/o Coldwell Banker Com. Reliant Realty
1125 W. 8th Street, Suite 200
Cincinnati, OH 45203

Viking Partners Hurstbourne, LLC
1125 W. 8th Street
Suite 200
Cincinnati, OH 45203

Wes Latta
120 Scheer Avenue
Durham, NC 27703

Wesley Manor
5012 East Manslick Road
Louisville, KY 40219

West Coast Life Insurance
Customer Service
2801 Hwy 280 S
Birmingham, AL 35223

West Virginia Advanced Practice Nursing
Tammy Workman
4735 Blue Ribbon Drive
Catlettsburg, KY 41129

West Virginia State Tax Department
Tax Account Administration Dividion
PO Box 3839
Charleston, WV 25338-3839

Whetstone Road LLC
541 East Scenic Drive
Pass Christian, MS 39571

Wilding Industries, Inc.
P.O. Box 368
Crestwood, KY 40014-0368

William Grenier
2212 Payne Street
Louisville, KY 40206

William McKinney
2168 Lowell Avenue
Louisville, KY 40205

```
Work-A-Haulix, LLC
4100 Eastmoor Road
Louisville, KY 40218

Yellowpagesunited
Mail Processing Center
PO BOX 50038
Jacksonville, FL 32240-0038

Your Community Bank
471 West Main
Louisville, KY 40202

Zach Gostling
8412 Saberdee Drive
Louisville, KY 40242
```

# United States Bankruptcy Court
## Western District of Kentucky

In re    __MD2U Management LLC_____  Case No. _____
                                                Debtor(s)       Chapter    __11_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __MD2U Management LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__August 28, 2017_____
Date

__/s/ Charity B. Neukomm_____
**Charity B. Neukomm**
Signature of Attorney or Litigant
Counsel for  __MD2U Management LLC_____
**Kaplan & Partners LLP**
**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
**(502) 416-1630 Fax:(502) 540-8282**