**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **MD2U Management LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY |
| Case number (if known) | **17-32761** |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **September 21, 2017** | X **/s/ Joel Coleman** |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |
| | | **Joel Coleman** |
| | | Printed name |
| | | **President** |
| | | Position or relationship to debtor |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **MD2U Management LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    **17-32761**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      **12/15**

### Part 1:    Summary of Assets

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*...............................................................................................    $      **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*...........................................................................................    $      **788,585.99**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*.............................................................................................    $      **788,585.99**

### Part 2:    Summary of Liabilities

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $      **3,144,123.45**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $      **0.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$      **846,743.28**

4.    **Total liabilities** ...................................................................................................................
     Lines 2 + 3a + 3b      $      **3,990,866.73**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **MD2U Management LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    **17-32761**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| **WesBanco Bank Inc**<br>**Riverfront Plaza Office**<br>**471 West Main Street**<br>3.1.  **Louisville, KY 40202** | **Checking** | **8070** | **$139,022.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$139,022.00** |

**Part 2:**      **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

| 8.1.  **Prepaid expenses** | **$72,695.24** |
|---|---|

| 8.2.  **Prepaid insurance** | **$30,772.42** |
|---|---|

Debtor    **MD2U Management LLC**                                    Case number *(If known)* **17-32761**
_____
Name

| | | |
|---|---|---|
| 8.3. | **Prepaid lease costs** | $7,700.00 |

| | | |
|---|---|---|
| 8.4. | **Security deposits** | $26,905.65 |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.          | $138,073.31 |

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

☑ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:          179,833.23      -      179,833.23    =....          $0.00

face amount                    doubtful or uncollectible accounts

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          | $0.00 |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity:          % of ownership | | |
| 15.1. | **MD2U Kentucky LLC**          100  % | | $0.00 |
| 15.2. | **MD2U Indiana LLC**          100  % | | $0.00 |
| 15.3. | **MD2U Ohio LLC**          100  % | | $0.00 |
| 15.4. | **MD2U Louisiana LLC**          100  % | | $0.00 |

Debtor    **MD2U Management LLC**                                    Case number *(If known)*  **17-32761**
Name

| | | | | | |
|---|---|---|---|---|---|
| 15.5. | **MD2U Florida LLC** | **100** | % | | **$0.00** |
| 15.6. | **MD2U North Carolina LLC** | **100** | % | | **$0.00** |
| 15.7. | **MD2U West Virginia LLC** | **100** | % | | **$0.00** |
| 15.8. | **MD2U Tennessee LLC** | **100** | % | | **$0.00** |
| 15.9. | **MD2U Missouri LLC** | **100** | % | | **$0.00** |
| 15.10. | **MD2U South Carolina LLC** | **100** | % | | **$0.00** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**                                                                                    **$0.00**
Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture**<br>**Office equipment and furnishings**<br>**(non-computer) (net book value)** | **$171,807.81** | **N/A** | **$171,807.81** |

Debtor     **MD2U Management LLC**                              Case number *(If known)* **17-32761**
           Name

| | | | | |
|---|---|---|---|---|
| 40. | **Office fixtures**<br>**Leasehold improvements (net book value)** | $31,168.61 | N/A | $61,168.61 |

| | | | | |
|---|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>**Computer Equipment (net book value)** | $278,514.26 | N/A | $278,514.26 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86. | $511,490.68

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **9200 Shelbyville Road**<br>**Suite 530**<br>**Louisville, KY 40222** | Lease | $0.00 | | $0.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88. | $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

Debtor    **MD2U Management LLC**                                    Case number *(If known)*  **17-32761**
_____
Name

- ■ No
- ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

- ■ No
- ☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No.  Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **Copyrights, trademarks, trade secrets** | **$0.00** | | **Unknown** |
| 61.  **Internet domain names and websites** **md2u.com** | **$0.00** | | **Unknown** |
| 62.  **Licenses, franchises, and royalties** **Business licenses** | **$0.00** | | **Unknown** |
| 63.  **Customer lists, mailing lists, or other compilations** **Patient information** | **$0.00** | | **Unknown** |

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**

|  | **$0.00** |
|---|---|

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
- ☐ No
- ■ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.  Go to Part 12.
- ■ Yes Fill in the information below.

| Debtor | **MD2U Management LLC** | Case number *(If known)* **17-32761** |
|---|---|---|
| | Name | |

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Claims against co-debtors**                                                     **Unknown**

Nature of claim
Amount requested                                 **$0.00**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                        **$0.00**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **MD2U Management LLC**                                      Case number *(If known)*  **17-32761**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $139,022.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $138,073.31 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $511,490.68 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $788,585.99 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $788,585.99 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **MD2U Management LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY |
| Case number (if known) | **17-32761** |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

---

**2.1    Byline Bank (Ridgestone Bank)**
Creditor's Name

500 W. Elm Grove Road
Suite 104
Elm Grove, WI 53122
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
UCC File No. 2015-2744133-12.

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$2,975,000.00**    Value of collateral: **$0.00**

---

**2.2    De Lage Landen Financial Services, Inc.**
Creditor's Name

111 Old Eagle School Road
Wayne, PA 19087
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
UCC File No. 2015-2746517-90;
Printers

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$2,690.45**    Value of collateral: **$0.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **MD2U Management LLC** | Case number (if know) | **17-32761** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 | **Dell Financial Services LLC** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Mail stop-PS2DF-23
One Dell Way
Round Rock, TX 78682**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**UCC File No. 2015-2778463-15; and 2015-2763159-11; Computer Lease**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 | **FirstLease, Inc.** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1300 Virginia Drive
Suite 450
Fort Washington, PA 19034**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**UCC File No. 2012-2589896-72**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 | **Kalamata Capital LLC** | Describe debtor's property that is subject to a lien | $53,492.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**7315 Wisconsin Avenue
East Tower, Suite 950
Bethesda, MD 20814**

Creditor's mailing address

Creditor's email address, if known

**Describe the lien**

**Blanket Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 6

Debtor  **MD2U Management LLC**                                    Case number (if know)   **17-32761**
_____
Name

**Date debt was incurred**
**6/28/16**

**Last 4 digits of account number**

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Merchant Funding Services, LLC** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**One Evertrust Plaza**
**Suite 1401**
**Jersey City, NJ 07302**
Creditor's mailing address

Describe the lien
**Blanket Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **NEC Financial Services, LLC** | Describe debtor's property that is subject to a lien | $1,300.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**250 Pehle Ave**
**Ste 309**
**Saddle Brook, NJ 07663**
Creditor's mailing address

**UCC File No. 2012-2579545-22;**
**Phone Services**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1813**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **Office of the U.S. Attorney** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Debtor    **MD2U Management LLC**                                              Case number (if know)    **17-32761**

Name

Creditor's Name

**Western District of
Kentucky
For: Department of Health
and Human Svcs
717 West Broadway
Louisville, KY 40202**

Creditor's mailing address                         **Describe the lien**

**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known                 ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**                          ■ No

                                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an                     As of the petition filing date, the claim is:**
**interest in the same property?**                  Check all that apply

■ No                                                ☐ Contingent
☐ Yes. Specify each creditor,                       ☐ Unliquidated
including this creditor and its relative
priority.                                           ■ Disputed

---

| 2.9 | **PW Funding, LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |

Creditor's Name

**3300 Highlands Pkwy
Suite 290
Smyrna, GA 30082**

**UCC File No. 2016-2853705-69.  Loan listed on
Debt worksheet as paid, $0 balance.**

Creditor's mailing address

**Describe the lien**

**Securtity Interest**

**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known                 ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**                          ■ No

                                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an                     As of the petition filing date, the claim is:**
**interest in the same property?**                  Check all that apply

■ No                                                ☐ Contingent
☐ Yes. Specify each creditor,                       ☐ Unliquidated
including this creditor and its relative
priority.                                           ■ Disputed

---

| 2.10 | **RapidAdvance (SBFS)** | **Describe debtor's property that is subject to a lien** | $61,133.00 | $0.00 |

Creditor's Name

**4500 East West Highway
6th Floor
Bethesda, MD 20814**

Creditor's mailing address

**Describe the lien**

**Blanket Lien**

**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known                 ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**                          ☐ No

**6/17/16**                                          ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 6

Debtor    **MD2U Management LLC**                                                    Case number (if known)    **17-32761**
_____
Name

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1<br>1 | **Saturn Funding** | Describe debtor's property that is subject to a lien | $50,508.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**333 Seventh Avenue**
**3rd Floor**
**New York, NY 10001**
_____
Creditor's mailing address

Describe the lien
**Blanker Lien**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/8/17**
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $3,144,123.45 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Benjamin S. Schecter**<br>**Assistant United States Attorney**<br>**U.S. Attorney's Office, WDKY**<br>**717 West Broadway**<br>**Louisville, KY 40202** | Line  **2.8** | |
| **De Lage Landen Financial Services**<br>**PO Box 41602**<br>**Philadelphia, PA 19101** | Line  **2.2** | |
| **Dell Financial Services**<br>**PO Box 6547**<br>**Carol Stream, IL 60197** | Line  **2.3** | |
| **NEC Financial Services, LLC**<br>**24189 Network Place**<br>**Chicago, IL 60673** | Line  **2.7** | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 6

| Debtor | **MD2U Management LLC** | Case number (if know) | **17-32761** |
|--------|-------------------------|----------------------|--------------|
|        | Name                    |                      |              |

**U.S. Small Business Administration**
**Tennessee District Court**                        Line  **2.1**
**2 International Plaza, Ste. 500**
**Nashville, TN 37217-2002**

**Fill in this information to identify the case:**

Debtor name **MD2U Management LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF KENTUCKY**

Case number (if known) **17-32761**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown** | **Unknown** |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**140 Whittington Pkwy, LLC**<br>**3601 River Ridge Cove**<br>**Prospect, KY 40059**<br>Date(s) debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**A T & T Advertising**<br>**P.O. Box 105024**<br>**Atlanta, GA 30348**<br>Date(s) debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AANP Exhibit Management**
**c/o Meeting Management Associates**
**16 West State St.**
**Sherburhe, NY 30349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AAPC**
**PO Box 35199**
**Seattle, WA 30350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ACS**
**P.O. Box 371834**
**Pittsburgh, PA 30351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Action Systems Inc.**
**1100 East Broadway**
**Louisville, KY 40204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AFLAC Inc**
**1932 Wynnton Road**
**Columbus, GA 31993-0797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AHLA**
**PO Box 79340**
**Baltimore, MD 21279-0340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Calhoun**
**2705 Trumpetvine Rd**
**Louisville, KY 40220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aliceson Stroub**
**123 Dunn Circle**
**Georgetown, KY 40324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**All Custom Embroidery**
**732 Lori Lane**
**Lexington, KY 40517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ally Pipta**
**509 Sunningdale Way**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Almost Family**
**9510 Ormsby Station Road**
**Suite 300**
**Louisville, KY 40223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alphaso L Kahn**
**190 Turkey Foot Court**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alyssa Stone**
**10220 Waycross Ave**
**Louisville, KY 40229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amanda Peach**
**162 River Falls Drive**
**Mount Washington, KY 40047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Amanda Wallace**<br>**924 Woodland Ridge Circle**<br>**La Grange, KY 40031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Amber Wease**<br>**4102 Dienes Way**<br>**Louisville, KY 40216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **American Acadamey of Home Care Physc**<br>**PO Box 3781**<br>**Oak Brook, IL 60522** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **American Academy of Home Care Medicine**<br>**PO Box 3781**<br>**Oak Brook, IL 60522** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Amy Ninneman**<br>**800 Persimmon Ridge Dr.**<br>**Louisville, KY 40245** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Amy Spader**<br>**1712 Rollinwood Way**<br>**Bowling Green, KY 42103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Andrea Turnock**<br>**806 Ahland Rd**<br>**Louisville, KY 40207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andria House**
**3800 Staebler Ave**
**Louisville, KY 40207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angela Clater**
**421 E Main Street**
**Cecilia, KY 42724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angela Ritchea**
**3520 Victoria Manor Lane**
**#305**
**Lakeland, FL 33805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angela Warren**
**3917 Thornbury Pl**
**Fort Wayne, IN 46804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anita Callicoat**
**105 Oakwood Estates**
**Scott Depot, WV 25560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anna Cayot**
**1609 Night Hawk Court**
**Louisville, KY 40223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149,140.73 |
|---|---|---|---|

**Anthem BCBS**
**P.O. Box 105124**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Health Insurance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MD2U Management LLC** | Case number *(if known)* | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthem BCBS KY**
**P.O. Box 105675**
**Atlanta, GA 30348-5675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthem Blue Cross and Blue Shield**
**PO Box 6431**
**Carol Stream, IL 60197-6431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthem Dental**
**PO Box 202837**
**Department 83717**
**Dallas, TX 75320-2837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Adkins**
**Harmony Landing Court**
**Apt 14B**
**Frankfort, KY 40601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**April Owens**
**4514 Middle Rd.**
**Jeffersonville, IN 47130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aprima Medical Software**
**PO Box 670212**
**Dallas, TX 75267-0212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Archana Patel**
**1704 Somerset Place #7**
**Louisville, KY 40220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **MD2U Management LLC**
Name

Case number (if known)  **17-32761**

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Ashley Bauer**<br>**520 Old River Rd**<br>**Scottsville, KY 42164** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **AspectX**<br>**7003 Harrods Landing Drive**<br>**Prospect, KY 40059** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Bach & Armstrong LLP**<br>**312 First Street**<br>**P.O. Box 881**<br>**Henderson, KY 42419-0881** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Banner Life Insurance Company**<br>**3275 Bennett Creek Avenue**<br>**Frederick, MD 21704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Baptist Health Louisville**<br>**Baptist Health Louisville**<br>**4000 Kresge Way**<br>**Louisville, KY 40207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Baptist Health Occupational Medicine**<br>**PO Box 950243**<br>**Louisville, KY 40295** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385.00 |
|---|---|---|---|
| | **Benefit Marketing Solutions LLC**<br>**P.O. Box 43653**<br>**Louisville, KY 40253-0653** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Better Living for Seniors-Polk County**
P.O. Box 91884
Lakeland, FL 33804-1884

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,550.62 |
|---|---|---|---|

**Bingham, Greenbaum, Doll, LLP**
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,860.93 |
|---|---|---|---|

**BKD, LLP**
200 E. Main Street, Suite 700
Fort Wayne, IN 46802-1900

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Compliance**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blackacre Conservancy**
3200 Tucker Station Rd.
Louisville, KY 40299

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,382.00 |
|---|---|---|---|

**Blackburn Domene & Burchette PLLC**
614 West Main Street
Suite 3000
Louisville, KY 40202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**Blairwood Tennis, Swim & Fitness Club**
Attnz: Mike Boccieri
9300 Blairwood Rd
Louisville, KY 40222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Employee Relations**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.40 |
|---|---|---|---|

**Blue MedicareRx**
P.O. Box 6570
Carol Stream, IL 60197-6570

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prescription Insurance**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bluegrass Bouncers, Inc**
**11003 Pepperdine Court**
**Louisville, KY 40291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,166.43 |
|---|---|---|---|

**BMS Financial, LLC**
**P.O. Box 1506**
**O Fallon, IL 62269-1506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Insurance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bonnycastle Club Inc.**
**1951 Bonnycastle Avenue**
**Louisville, KY 40205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brianne Casper**
**3114 Lacewood Lane**
**New Albany, IN 47150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brothers Johnson Production**
**2005 Goldsmith Lane #59**
**Louisville, KY 40218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bud Ditsler Co.**
**Business Gifts & More**
**2603 Hampton Hill Ct.**
**Louisville, KY 40220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Business First**
**Subscriptions**
**PO Box 36919**
**Charlotte, NC 28236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | MD2U Management LLC | Case number (if known) | 17-32761 |
|---|---|---|---|
| | Name | | |

**3.59** Nonpriority creditor's name and mailing address
**Business Pro Service**
2950 Breckenridge Lane, 8
Louisville, KY 40220

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.60** Nonpriority creditor's name and mailing address
**CallPointe**
3444 N. Country Club Rd.
Tucson, AZ 85716

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.61** Nonpriority creditor's name and mailing address
**Canal Mezzanine Partners II, LP**
8840 Commons Blvd.
Suite 130
Twinsburg, OH 44087

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  UCC File No. 2013-2668304-25

Is the claim subject to offset? ■ No ☐ Yes

**3.62** Nonpriority creditor's name and mailing address
**Capitol Corporate Services**
P.O. Box 1831
Austin, TX 78767

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.63** Nonpriority creditor's name and mailing address
**Capitol Services, Inc.**
PO Box 1831
Austin, TX 78767

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$4,382.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Annual Report Services

Is the claim subject to offset? ■ No ☐ Yes

**3.64** Nonpriority creditor's name and mailing address
**CAPNI**
PO BOX 87925
Canton, MI 48178

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.65** Nonpriority creditor's name and mailing address
**Carol Karsner**
115 Crestview Circle
Russell Springs, KY 42642

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | MD2U Management LLC | | Case number (if known) | 17-32761 |
|---|---|---|---|---|
| | Name | | | |

---

**3.66** | Nonpriority creditor's name and mailing address

Carol Lockman
10541 Paces Ave
Apt 725
Mattews, NC 28105

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.67** | Nonpriority creditor's name and mailing address

Catherine McDaniel
902 Plantation Dr
Lenoir, NC 28645

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.68** | Nonpriority creditor's name and mailing address

Catholic Charities of Louisville, Inc.
2911 South 4th Street
Louisville, KY 40208

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.69** | Nonpriority creditor's name and mailing address

Cathy White
107 Blenheim Blvd
Radcliff, KY 40160

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.70** | Nonpriority creditor's name and mailing address

Centerplate
2800 South Floyd Street
Louisville, KY 40209

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.71** | Nonpriority creditor's name and mailing address

Centratel
141 NW Greenwood Ave., Ste. 200
Bend, OR 97701

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Answering Service

Is the claim subject to offset? ■ No  ☐ Yes

$7,644.85

---

**3.72** | Nonpriority creditor's name and mailing address

Ceridian Benefits Services, Inc
P.O. Box 10989
Newark, NJ 07193

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Channing Bete Company**
PO Box 3538
South Deerfield, MA 01373-3538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charles & Associates**
312 Walnut, Suite 1422
Cincinnati, OH 45202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charlsie Woodard**
3328 Cadenza St
Greenville, NC 27858

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christina Elam**
6802 Bushnell Street
Apt 102
Louisville, KY 40219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christina Glotzbach**
2002 Snyder Drive
Jeffersonville, IN 47130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christine Exinor**
10624 Foxcrest Way
Riverview, FL 33569

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christine Palmer**
13617 Brown Road
Denham Springs, LA 70726

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **MD2U Management LLC** | | Case number (if known) | **17-32761** |
|---|---|---|---|---|
| | Name | | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Christopher Lyons**<br>**3411 Eastside Drive**<br>**Louisville, KY 40220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Churchill Downs**<br>**Att: Premium Seating**<br>**700 Central Ave**<br>**Louisville, KY 40208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Cindy Smith**<br>**7705 Tylerton Dr**<br>**Raleigh, NC 27613** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,842.86** |
|---|---|---|---|
| | **CITI Mortgage**<br>**P.O. Box 183040**<br>**Columbus, OH 43218** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Shareholder Mortgage** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,465.45** |
|---|---|---|---|
| | **Citrix Sharefile**<br>**120 S. West Street**<br>**Raleigh, NC 27603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Data Storage** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,465.45** |
|---|---|---|---|
| | **Citrix Systems Inc.**<br>**PO Box 931686**<br>**Atlanta, GA 31193-1686** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Data Storage** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **CitrixOnline**<br>**7414 Hollister Avenue**<br>**Goleta, CA 93117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | MD2U Management LLC | Case number (if known) | 17-32761 |
|---|---|---|---|
| | Name | | |

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Claire J Linepensel
233 West Broadway #402
Louisville, KY 40202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

CNA Deductible Recovery Group
P.O. Box 6065 - 02
Hermitage, PA 16148-1065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

CNA Insurance
P.O. Box 790094
St. Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

CNA Surety Direct Bill
PO Box 957312
St Louis, MO 63195-7312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Commonwealth of KY
Department of Revenue
Frankfort, KY 40619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Community FCS Program
c/o Shannon Gordon
2531 Old Rosebud Rd.
Lexington, KY 40509

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,812.50**

Compliance Concepts, Inc.
Stonewood Commons II, Suite 320
103 Bradford Road
Wexford, PA 15090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Compliance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | MD2U Management LLC | Case number (if known) | 17-32761 |
|---|---|---|---|
| | Name | | |

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Conexis**
P.O. Box 8363
Pasadena, CA 91109-8363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cook Medical, LLC**
22988 Network Place
Chicago, IL 60673-1229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Core Documents Inc**
5726 Cortez Road West, #252
Bradenton, FL 34210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cox's Pharmacy**
5005 Preston Hwy., Ste 104
Louisville, KY 40213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Credit Clearing House of America, Inc.**
P.O. Box 1209
Louisville, KY 40201-1209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Daniel B Dadi**
7311 Apple Mill Drive
Louisville, KY 40228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Darwin Select Insurance Company**
1690 New Britain Avenue
Suite 101
Farmington, CT 06032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **MD2U Management LLC** | | Case number (if known) | **17-32761** |
|---|---|---|---|---|
| | Name | | | |

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Dathorne & Butler**<br>**600 West Main St**<br>**Suite 500**<br>**Louisville, KY 40202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **David Black**<br>**2029 Holly Street**<br>**Charlotte, NC 28216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **David S. Waskey**<br>**2327 Saratoga Drive**<br>**Louisville, KY 40205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **David Spindle**<br>**3397 Osprey Ct.**<br>**Geneva, IL 60134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Debbie Davis**<br>**17 Cove Road**<br>**Ponte Verde, FL 32082** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Debra Mullins**<br>**727 Chappell Rd.**<br>**Charleston, WV 25304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Delphi Center**<br>**6250 Reliable Parkway**<br>**Chicago, IL 60866-0062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **MD2U Management LLC** | Case number *(if known)* | **17-32761** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Delphine Tierney** | ☐ Contingent | |
| | **1602 4th Street W** | ☐ Unliquidated | |
| | **Palmetto, FL 34221** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Dept of Labor and Industries** | ☐ Contingent | |
| | **Att: Sean Blystone** | ☐ Unliquidated | |
| | **PO Box 34022** | ☐ Disputed | |
| | **Seattle, WA 98124-1022** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,141.00** |
| | **Derby City Vending** | ☐ Contingent | |
| | **131 North Spring St.** | ☐ Unliquidated | |
| | **Louisville, KY 40206** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Office Supplies_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Diana Maccario** | ☐ Contingent | |
| | **3700 Wexford Hollow Road East** | ☐ Unliquidated | |
| | **Jacksonville, FL 32224** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Diane Gellerman** | ☐ Contingent | |
| | **140 Hibiscus Rd** | ☐ Unliquidated | |
| | **Edgewater, FL 32141** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Dina Hobson-Fisher** | ☐ Contingent | |
| | **116 Avondale Dr** | ☐ Unliquidated | |
| | **North Wales, PA 19454** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,898.21** |
| | **Dinsmore & Shohl, LLP** | ☐ Contingent | |
| | **P.O. Box 639038** | ☐ Unliquidated | |
| | **Cincinnati, OH 45263-9038** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Legal_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Discovery Health Record Solutions, LLC** <br> **1150 Northmeadow Pkwy. Suite 100** <br> **Roswell, GA 30076** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Dorothy Clerici** <br> **1075 Watts Rd.** <br> **Georgetown, IN 47122** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Dr. McCants** <br> **3009 W. Lobo Ridge** <br> **New Albany, IN 47150** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Drs. Godfrey, Godfrey, & Eklund, P.S.C** <br> **914 North Dixie Ave., Suite 304** <br> **Elizabethtown, KY 42701** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $406.22 |
|---|---|---|---|
| | **Drury Inn and Suites Louisville** <br> **9501 Blairwood Road** <br> **Louisville, KY 40222** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **New Provider Hotel** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Edwina Johnson** <br> **136 W Main Street** <br> **Mt. Sterling, KY 40353** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Elder Serve** <br> **300 E. Market St.** <br> **Suite 190** <br> **Louisville, KY 40202** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **MD2U Management LLC**

Name

Case number (if known) **17-32761**

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ElderServe Inc**
**411 E Muhammad Ali Blvd**
**Louisville, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eleanor Holmgren**
**2025 Brownsboro Rd, #306**
**Louisville, KY 40206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elizabeth Cox**
**11501 Maple Brook Drive #101**
**Louisville, KY 40241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elizabeth Deese**
**2300 Merluna Drive**
**Lexington, KY 40511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ellen Thomson**
**3720 Hillsboro Rd.**
**Louisville, KY 40207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emerald Advisors Group, LLC**
**1829 E. Spring Street, Suite 105**
**New Albany, IN 47150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emily G Bennett**
**203 Maplewood Drive**
**Clarksville, IN 47129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MD2U Management LLC** | | Case number (if known) | **17-32761** |
|---|---|---|---|---|
| | Name | | | |

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Emily Haywood**
**1112 Poplar Level Plaza**
**Louisville, KY 40217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Employment Security Department**
**Washington State**
**UI Tax and Wage Administration**
**Seattle, WA 98124-1949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Enterix**
**236 Fernwood Avenue**
**Edison, NJ 08837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Eric R Simpson**
**3509 Northwestern Parkway**
**Louisville, KY 40212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,322.20** |
|---|---|---|---|

**ETACTICS, Inc**
**PO Box 932432**
**Cleveland, OH 44193-0012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Patient Statements_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**European Interpreter Service Inc**
**8613 Old Kings Rd. S.**
**Unit 502**
**Jacksonville, FL 32217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Executive Branch Ethics Commission**
**#3 Fountain Place**
**Frankfort, KY 40601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **MD2U Management LLC**                           Case number (*if known*)    **17-32761**

      Name

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fayette County Public Schools (FCPS)**
c/o Tax Collection Office
P.O. Box 55570
Lexington, KY 40555-5570

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FDOT Turnpike Enterprise**
P.O. Box 310
Ocoee, FL 34761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Felix Rodriguez**
1943 Meadowcreek Drive
Louisville, KY 40218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**First Capital Bank of Kentucky**
2862 Frankfort Avenue
Louisville, KY 40206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**First Financial Bank**
Corporate Facilities
255 East 5th Street, Ste 700
Cincinnati, OH 45202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Foundation Fighting Blindness**
c/o Kristi Snuttjer
1580 South Milwaukee Avenue
Libertyville, IL 60048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,742.25 |
|---|---|---|---|

**Frost Brown Todd LLC Attorneys**
P.O. Box 70087
Louisville, KY 40270-0087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Legal__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gateway EDI**
**501 N. Broadway, 3rd Floor**
**St. Louis, MO 63102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GFI**
**Attn. Accounts Receivable**
**33 North Garden Ave, Suite 1200**
**Clearwater, FL 33755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GFI USA INC**
**1005 Slater Rd. Suite 300**
**Durham, NC 27703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gina Vaught**
**119 Seneca Trail**
**Louisville, KY 40214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.00 |
|---|---|---|---|

**Glassdoor, Inc.**
**Department 3436**
**PO Box 123436**
**Dallas, TX 75312-3436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Recruiting**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gloria Calderon**
**1350 Portside Dr.**
**Fleming Island, FL 32003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Goulds Discount Medical**
**3901 Dutchmans Lane**
**Louisville, KY 40207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **MD2U Management LLC**                                          Case number (if known)    **17-32761**
_____
Name

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Granny B Catering**<br>**3537 Hurstbourne Ridge Blvd**<br>**Louisville, KY 40299** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Grape Leaf Ventures, Inc**<br>**19102 Brickshire Place**<br>**Louisville, KY 40245** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **GrayRobinson**<br>**P.O. Box 3068**<br>**Orlando, FL 32802-3068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Greater Louisville Inc.**<br>**614 W. Main Street, Suite 6000**<br>**Louisville, KY 40202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $870.00 |
|---|---|---|---|
| | **Greater Louisville Medical Society**<br>**PO Box 950130**<br>**Louisville, KY 40295-0130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Membership Dues_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Greg Latta**<br>**1626 Cowling Avenue**<br>**Louisville, KY 40205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Guarantee Insurance Company**<br>**P.O. Box 630694**<br>**Cincinnati, OH 45263-0694** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | MD2U Management LLC | | Case number (if known) | 17-32761 |
|---|---|---|---|---|
| | Name | | | |

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Guardian**
PO Box 677458
Dallas, TX 75267-7458

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Harbert Mezzanine Partners**
618 Church Street, Ste 500
Nashville, TN 37219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Harvard Business Review**
SBS
P.O. Box 2489
White City, OR 97503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Health Care Compliance Association**
6500 Barrie Road, Suite 250
Minneapolis, MN 55435

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Health Enterprises Network**
614 West Main Street
Louisville, KY 40202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Membership Dues

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Heather Cooper**
242 Melwood Dr
Shepherdsville, KY 40165

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Heather Norfleet**
116 Burley Drive
Lancaster, KY 40444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | MD2U Management LLC | Case number (if known) | 17-32761 |
|---|---|---|---|
| | Name | | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Heather Parsley**
**912 College St.**
**Smiths Grove, KY 42171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Heather Stavrakas**
**3006 Hampton Downs Dr**
**Monroe, NC 28112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HELP of Southern Indiana**
**Solarbron Pointe - Attn: Rhonda**
**1501 McDowell Rd**
**Evansville, IN 47712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hewlett-Packard Company**
**P.O. Box 101149**
**Atlanta, GA 30392-1149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hillary Smith**
**3170 Mapeleaf Dr.**
**Apt. 806**
**Lexington, KY 40509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hilliard Lyons**
**Attn: Jennifer Morris**
**500 W Jefferson St, Ste 700**
**Louisville, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hines Pharmacy**
**165 Natchez Trace Avenue**
**Suite 101**
**Bowling Green, KY 42103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hispanic/Latino Coalition**
**4801 Southside Drive**
**Louisville, KY 40214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Holly R Muncy**
**655 Keith Hollow Road**
**Shepherdsville, KY 40165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Horizon Bay Retirement Living**
**901 Blankenbaker Pkwy**
**Louisville, KY 40243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HP Remarketing Computers**
**13207 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HP Services**
**13207 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HSPN**
**8907 Gutenburg Rd.**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hume Pharmacy**
**10101 Taylorsville Rd**
**Louisville, KY 40299-3662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hurstbourne Area Business Association**
**304 Whittington Pkwy., Ste 100**
**Louisville, KY 40222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Icahn School of Medicine at Mount Sinai**
**Center to Advance Palliative Care**
**55 West 125th Street, Suite 1302**
**New York, NY 10027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Membership Dues**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ida Appiah Agyei**
**529 Farm Hill Court**
**Blacklick, OH 43004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Indiana Department of Revenue**
**P.O. Box 7221**
**Indianapolis, IN 46207-7221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Indiana State Board of Nursing**
**PLA**
**402 West Washington St, Room W072**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Indiana State Central Collection Unit**
**P.O. Box 6219**
**Indainapolis, IN 46206-6219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Indiana State Treasurer**
**c/o Indiana Department of Revenue**
**PO Box 6077**
**Indianapolis, IN 46206-6077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | MD2U Management LLC | Case number (if known) | 17-32761 |
|---|---|---|---|
| | Name | | |

---

**3.185**

Nonpriority creditor's name and mailing address

**Ingenix**
**P.O. Box 88050**
**Chicago, IL 60680-1050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.186**

Nonpriority creditor's name and mailing address

**Ingrid Bowser**
**72798 County Road 133**
**Syracuse, IN 46567**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.187**

Nonpriority creditor's name and mailing address

**INK & TONER USA**
**4729 Dixie Highway**
**Louisville, KY 40216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.188**

Nonpriority creditor's name and mailing address

**Ink Publishing & Design**
**PO Box 436076**
**Louisville, KY 40253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.189**

Nonpriority creditor's name and mailing address

**Insight Communications**
**P.O. Box 740273**
**Cincinnati, OH 45274-0273**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.190**

Nonpriority creditor's name and mailing address

**Institute for Healthcare Improvement**
**20 University Road, 7th Floor**
**Cambridge, MA 02138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.191**

Nonpriority creditor's name and mailing address

**Integrity HR**
**2013 Frankford Ave.**
**Louisville, KY 40206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **MD2U Management LLC** | | Case number (if known) | **17-32761** |
|---|---|---|---|---|
| | Name | | | |

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**IPC Louisville Properties, LLC**
**PO Box 634866**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**J Michael Benfield**
**8902 Dennington Drive**
**Louisville, KY 40222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**J. Michael Benfield**
**1601 Spring Drive #18**
**Louisville, KY 40205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**J. Preston Yarborough**
**4027 Quartergate Drive**
**High Point, NC 27265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jacklyn Travis**
**83 Rio Grande Ct**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jacksonville Beach Baseball Assoc.**
**PO Box 50042**
**Jacksonville Beach, FL 32240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James Quinn, MD**
**15 Milton Road**
**Little Compton, RI 02837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jamie Lang**
**301 East Stephenson Street**
**Marion, IN 46952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jannee M Swansson**
**3201 Silver Springs Drive #58**
**Louisville, KY 40220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason M. Runyan**
**13927 Shipwreck Circle North**
**Jacksonville, FL 32224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jefferson County Clerk's Office**
**PO Box 33033**
**Louisville, KY 40232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jefferson County Sheriff's Office**
**P.O. Box 70300**
**Louisville, KY 40270-0300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jenna Wilbur**
**840 Milford Court**
**Louisville, KY 40207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jennifer Ray**
**25 Davy Crockett Trail**
**Louisville, KY 40216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jennifer Rowe**
**7905 Westbrook Rd.**
**Louisville, KY 40258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jennifer Sims**
**8057 Covington Ct**
**Newburgh, IN 47630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessica Abbott**
**8550 S. Dogwood Dr.**
**Charlestown, IN 47111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessica L Dsouza**
**4911 Plebe Court**
**Louisville, KY 40216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessica MacLeod**
**2510 Gavins Lane**
**Evansville, IN 47725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jillian Gairing**
**3630 Kelly Way**
**Louisville, KY 40220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JJB Hilliard Lyons**
**Attn: Jennifer Morris**
**500 W Jefferson St., Ste 700**
**Louisville, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joel Coleman**
**6501 Turnbridge Place**
**Prospect, KY 40059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Waters, Inc.**
**2315 Watterson Trail**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Westhoff**
**3036 Marguerite Dr.**
**Huntertown, IN 46748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jon Melton**
**6202 Nigel Dr**
**Louisville, KY 40216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joseph Condict**
**3800 Staebler Ave.**
**Louisville, KY 40207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Julita Lathers**
**4300 Point Court**
**Port Charlotte, FL 33948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kaelyn Keith**
**346 Singleton Waynesburg Rd**
**Eubank, KY 42567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | MD2U Management LLC | Case number (if known) | 17-32761 |
|---|---|---|---|
| | Name | | |

---

**3.220** | Nonpriority creditor's name and mailing address
**KAG Conference**
c/o Madri Faul, KAG Conference Planne
5400 Tarrant Lane
Crestwood, KY 40014

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.221** | Nonpriority creditor's name and mailing address
**KAHCF**
Dept. #52200 PO Box 950174
Louisville, KY 40295-0174

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.222** | Nonpriority creditor's name and mailing address
**Kalyn Conner**
5808 Grandel Blvd
Louisville, KY 40258

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.223** | Nonpriority creditor's name and mailing address
**Kanisha Roberts**
2161 Goldsmith Ln, #2
Louisville, KY 40215

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.224** | Nonpriority creditor's name and mailing address
**Kara Barker**
202 Pennsylvania Ave
Louisville, KY 40206

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.225** | Nonpriority creditor's name and mailing address
**Karen Crossin**
P.O. Box 100
Newberry, FL 32669-0100

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.226** | Nonpriority creditor's name and mailing address
**Karen Woosley**
17516 Curry Branch Rd
Louisville, KY 40245

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | MD2U Management LLC | Case number (if known) | 17-32761 |
|---|---|---|---|
| | Name | | |

---

**3.227** | Nonpriority creditor's name and mailing address
Katherine Johnson
214 Bonnie Lane
Louisville, KY 40218

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.228** | Nonpriority creditor's name and mailing address
Kayln M Reed
1611 South 38th Street
Louisville, KY 40211

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.229** | Nonpriority creditor's name and mailing address
KCNPNM
4313 Newtown Pike
Georgetown, KY 40324

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.230** | Nonpriority creditor's name and mailing address
Keith J Brown
3509 Northwestern Parkway
Louisville, KY 40212

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.231** | Nonpriority creditor's name and mailing address
Kelsi Borntraeger
1017 Fenley Ave
Louisville, KY 40222

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.232** | Nonpriority creditor's name and mailing address
Ken Kleiber LMT
119 S. Sherrin Ave. Suite 130
Louisville, KY 40207

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.233** | Nonpriority creditor's name and mailing address
Kentucky Assisted Living Facilities Assc
133 Evergreen Road, Suite 212
Louisville, KY 40243

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | MD2U Management LLC | Case number (if known) | 17-32761 |
|---|---|---|---|
| | Name | | |

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kentucky Bar Association**
**Attn: Accounting Dept**
**514 W Main Street**
**Frankfort, KY 40601-1812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kentucky Board of Medical Licensure**
**ATTN:  Leanne Diakov**
**310 Whittington Parkway, Suite 1B**
**Louisville, KY 40222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kentucky LTC Training Consortium**
**614 West Main Street, Suite 6000**
**Louisville, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kentucky State Treasurer**
**c/o Kentucky Department of Revenue**
**Frankfort, KY 40620-0021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kentucky Unemployment Insurance**
**Division of Unemployment Insurance**
**PO Box 948**
**Frankfort, KY 40602-0948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,489.00 |
|---|---|---|---|

**KESA**
**PO Box 856300**
**Department 114**
**Louisville, KY 40285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kightlinger & Gray, LLP**
**One Indiana Square, Suite 300**
**211 North Pennsylvania Street**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | MD2U Management LLC | Case number (if known) | 17-32761 |
|---|---|---|---|
| | Name | | |

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Coury**
**2815 Pomeroy Drive**
**Louisville, KY 40218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kristine Hall**
**1708 Westmoorland Way**
**Louisville, KY 40242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KY & IN SI Stroke Association**
**3425 Stony Spring Circle #102**
**Louisville, KY 40220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KY Board of Nursing**
**312 Whittington Pkwy., 300**
**Louisville, KY 40222-5172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Schneider**
**4012 Graf Drive**
**Louisville, KY 40220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**L G & E**
**P.O. Box 538612**
**Atlanta, GA 30353-8612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laboratory Corporation of America**
**11751 Interchange Dr.**
**Louisville, KY 40229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ladyfingers Catering**
**12901 Old Henry Rd.**
**Louisville, KY 40223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Land Rover Financial Group**
**P.O. Box 78069**
**Phoenix, AZ 85062-8069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Landrum & Shouse**
**106 West Vine Street, Suite 800**
**PO BOX 951**
**Lexington, KY 40588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _Legal_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Language Services**
**455 Business Center Drive**
**Suite 100**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Latricia Chastain**
**25860 Avstin Rd**
**Albemarle, NC 28001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lauren E Weining**
**410 Clover Lane**
**Louisville, KY 40207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leake & Andersson**
**1100 Poydras Street**
**Suite 1700**
**New, LA 70163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Leigh Ann Stachowiak**
**1426 Cricket Hollow Lane**
**Saint Johns, FL 32259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lela Hopsm**
**209 Hunting Green Dr**
**Jacksonville, NC 28546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.257** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,976.09**

**Level 3 Communications**
**PO Box 910182**
**Denver, CO 80291-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Phone**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.258** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lexington-Fayette Urban County Governmen**
**c/o Division of Revenue**
**P.O. Box 14058**
**Lexington, KY 40512-4058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**LexMark**
**Dept. 504331A**
**740 W New Circle Rd**
**Lexington, KY 40550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.260** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**LFD/CPR Center**
**1135 W. Jefferson Street**
**Louisville, KY 40203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**LH2 Apparel, LLC**
**P.O. Box 38407**
**Charlotte, NC 28278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lifeline Temple C.O.G.I.C.**
**Jamaica Eddy**
**PO Box 696**
**Radcliff, KY 40159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lincoln National Life Insurance**
**P.O. Box 0821**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lincoln Trail ADD**
**PO Box 604**
**Elizabethtown, KY 42702-0604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lindsey Tufty**
**10508 Whitepine View place**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lisa Hiestand**
**5929 Colony Place Dr.**
**Lakeland, FL 33813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lisa Videau**
**240 Raleigh Dr**
**Slidell, LA 70460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lizzie Perna**
**2077 Sherwood Ave #3**
**Louisville, KY 40205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | MD2U Management LLC | | Case number *(if known)* | 17-32761 |
|---|---|---|---|---|
| | Name | | | |

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Lloyd & McDaniel PLC
PO Box 23306
Louisville, KY 40223-0200

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Lora Welch
1509 Colonial Ct
Goshen, KY 40026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Lou Ann Cook
15430 Bluff Spring Road
Hopkinsville, KY 42240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Louisiana Department of Revenue
P.O. Box 751
Baton Rouge, LA 70821-0751

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Louisville Bats Baseball
401 East Main Street
Louisville, KY 40202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.274** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Louisville Business First
Subscriptions
PO Box 36919
Charlotte, NC 28236-9904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Louisville Fire Department
CPR Training Center
1135 W. Jefferson Street
Louisville, KY 40203-1831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **MD2U Management LLC**                                        Case number (if known)    **17-32761**
_____
Name

| | |
|---|---|
| 3.276 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._    **$11,875.84** |
| **Louisville Geek** | ☐ Contingent |
| **3900 Shelbyville Road - Ste 12** | ☐ Unliquidated |
| **Louisville, KY 40207** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Computer** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.277 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._    **$0.00** |
| **Louisville Metro Revenue** | ☐ Contingent |
| **P.O. Box 35410** | ☐ Unliquidated |
| **Louisville, KY 40232-5410** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.278 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._    **$0.00** |
| **Louisville Office Furniture** | ☐ Contingent |
| **1100 East Broadway** | ☐ Unliquidated |
| **Louisville, KY 40204** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.279 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._    **$0.00** |
| **Louisville Sporting Goods** | ☐ Contingent |
| **3949 Taylorsville Road** | ☐ Unliquidated |
| **Louisville, KY 40220** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.280 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._    **$0.00** |
| **Louisville Sports Properties, LLC** | ☐ Contingent |
| **c/o Learfield Communications, Inc.** | ☐ Unliquidated |
| **P.O. Box 843038** | ☐ Disputed |
| **Kansas City, MO 64184-3038** | |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.281 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._    **$0.00** |
| **Louisville Zoo** | ☐ Contingent |
| **P.O. Box 37250** | ☐ Unliquidated |
| **Louyisville, KY 40233** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.282 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._    **$0.00** |
| **Lucinda Smith** | ☐ Contingent |
| **7705 Tylerton Drive** | ☐ Unliquidated |
| **Raleigh, NC 27613** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **MD2U Management LLC** | | Case number (if known) | **17-32761** |
|---|---|---|---|---|
| | Name | | | |

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **LXC Sports** | ☐ Contingent | |
| | **812 Lyndon Ln., Suite 202** | ☐ Unliquidated | |
| | **Louisville, KY 40242** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Lynn Norvell** | ☐ Contingent | |
| | **9312 Springmont Place** | ☐ Unliquidated | |
| | **Louisville, KY 40241** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|
| | **MAA LLC** | ☐ Contingent | |
| | **815 East Market St** | ☐ Unliquidated | |
| | **New Albany, IN 47150** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Office Rent** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Malea Wolfe** | ☐ Contingent | |
| | **8218 Lake Terrace Dr** | ☐ Unliquidated | |
| | **Evansville, IN 47715** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Margaret Benfield** | ☐ Contingent | |
| | **3537 Hurstbourne Ridge Blvd** | ☐ Unliquidated | |
| | **Louisville, KY 40299** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Margaret Willan** | ☐ Contingent | |
| | **250 Pennsylvania Avenue** | ☐ Unliquidated | |
| | **Louisville, KY 40206** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Mark Crane** | ☐ Contingent | |
| | **201 E. Jefferson Street** | ☐ Unliquidated | |
| | **Suite 102** | ☐ Disputed | |
| | **Louisville, KY 40202** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | MD2U Management LLC | Case number (if known) | 17-32761 |
|---|---|---|---|
| | Name | | |

---

**3.290**

**Nonpriority creditor's name and mailing address**

**Marlin Business Bank**
**P.O. Box 13604**
**Philadelphia, PA 19101-3604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.291**

**Nonpriority creditor's name and mailing address**

**Marlin Leasing**
**300 Fellowship Road**
**Mount Laurel, NJ 08054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292**

**Nonpriority creditor's name and mailing address**

**Mary Ellen Norcia**
**2462 Grinstead Drive Apt. 2**
**Louisville, KY 40204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.293**

**Nonpriority creditor's name and mailing address**

**Mary Hatchett**
**PO Box 77214**
**Greensboro, NC 27417**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.294**

**Nonpriority creditor's name and mailing address**

**Mary Jane Doyle**
**145 Troon Ct.**
**Richmond, KY 40475**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.295**

**Nonpriority creditor's name and mailing address**

**Mary Sizemore**
**1583 Hughart Drive**
**Charleston, WV 25320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.296**

**Nonpriority creditor's name and mailing address**

**McGregor & Associates, Inc.**
**997 Governors Lane**
**Suite 175**
**Lexington, KY 40513**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **MD2U Management LLC**          Case number *(if known)*    **17-32761**

Name

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,802.61 |
|---|---|---|---|

**McKesson Medical Surgical**
**P.O. Box 634404**
**Cincinnati, OH 45263-4404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Meaghan Reed**
**230 Pennsylvania Avenue**
**Louisville, KY 40206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MedX12**
**10200 Forest Green Blvd**
**Lower Level**
**Louisville, KY 40223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Megan Henderson**
**1241 Cottonwood Ct**
**Simpsonville, KY 40067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Megan Mantz**
**1215 East Main Street**
**Greenup, KY 41144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Megan Oleksa**
**1246 Westlynne Way**
**Louisville, KY 40222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Megan Rhyne-Cousar**
**11001 Hat Creek Lane**
**Davidson, NC 28036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **MD2U Management LLC**
_____    Case number (if known)    **17-32761**
Name

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.304**

Nonpriority creditor's name and mailing address
**Melissa Locklear**
**1557 Island Grove Rd**
**Maxton, NC 28364**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.305**

Nonpriority creditor's name and mailing address
**Mercedes-Benz Financial Services**
**P.O. Box 5209**
**Carol Stream, IL 60197-5209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.306**

Nonpriority creditor's name and mailing address
**Meredith Lewis**
**12289 Hood Landing Rd**
**Jacksonville, FL 32258**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.307**

Nonpriority creditor's name and mailing address
**Metro Parks and Recreation**
**1297 Trevillian Way**
**Louisville, KY 40213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.308**

Nonpriority creditor's name and mailing address
**Metzger & Associates LLC**
**1637 Metropolitan Blvd**
**Suite C-2**
**Tallahassee, FL 32308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.309**

Nonpriority creditor's name and mailing address
**Michele Mott**
**72 Ryder Ct.**
**Rineyville, KY 40162**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.310**

Nonpriority creditor's name and mailing address
**Michelle Trueman**
**258 Marlberry Cr.**
**Jupiter, FL 33458**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **MD2U Management LLC** | Case number (*if known*) | **17-32761** |
|---|---|---|---|
| | Name | | |

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Micole Williams**
**208 Ballis Lane**
**Shreveport, LA 71106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mindy Friedrich**
**302 Buckingham Terrace**
**Louisville, KY 40222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mohamed Saad, MD**
**10531 Championship Ct**
**Prospect, KY 40059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mollie Jones**
**510 Winyan Ln**
**Louisville, KY 40222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Morgan & Pottinger, PSC**
**601 West Main Street**
**Louisville, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,985.00 |
|---|---|---|---|

**Mountjoy Chilton Medley LLP**
**2600 Meidinger Tower**
**462 S. Fourth Street, Ste. 2600**
**Louisville, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Auditing__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Myla Mullins**
**3509 Lodge Ln, #117**
**Louisville, KY 40218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MD2U Management LLC** | | Case number (if known) | **17-32761** |
|---|---|---|---|---|
| | Name | | | |

| 3.318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Naiman's Catering, Inc**
**10004 Hartwick Village Drive**
**Louisville, KY 40241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nancy Majors**
**24 Stanton Drive**
**Springboro, OH 45066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nanette Climans**
**106 Sophia Marie cove**
**Sanford, FL 32771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Natalie Barbastefano**
**45001 Mather Lane**
**Hunting Valley, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Natalie Ferris Barbastefano**
**45001 Mather Lane**
**Hunting Valley, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**National Senior Care Group**
**Att: Norm Pelzer**
**4376 Cover St.**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**NC Office of Emergency Medical Services**
**Division of Health Service Regulation**
**Attention: DNR/MOST Order**
**2707 Mail Service Center**
**Raleigh, NC 27699-2707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NCNA**
PO Box 12025
Raleigh, NC 27605

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NewLeaf Business**
P.O. Box 20237
Louisville, KY 40250-0237

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NICA**
P.O. BOX 14567
Tallahassee, FL 32317-4567

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nicholas Forte**
5501 Sundown Court
Apt C
Louisville, KY 40222

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nikita Richardson**
2223 Angelcreek Ct
Jacksonville, FL 32221

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nikki Hubbard**
10409 Black Iron Rd.
Louisville, KY 40291

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**North Carolina Department of Revenue**
P.O. Box 25000
Raleigh, NC 27640-0520

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**North Carolina Nurses Association**
**PO Box 12025**
**Raleigh, NC 27605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Office for Aging/Disabled Citizens**
**Office for Aging and Disabled Citizens**
**810 Barrett Ave.**
**Louisville, KY 40204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Office Resources, Inc.**
**P.O. Box 1689**
**Louisville, KY 40201-1689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ohio Bureau Workers Comp**
**P.O. Box 89492**
**Cleveland, OH 44101-6492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ohio Treasurer of State**
**c/o Ohio Department of Taxation**
**P.O. Box 181140**
**Columbus, OH 43218-1140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Optuminsight, Inc.**
**P.O. Box 88050**
**Chicago, IL 60680-1050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pacharo Ndupu**
**3117 Amesbury Hill Drive**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | MD2U Management LLC | Case number (if known) | 17-32761 |
|---|---|---|---|
| | Name | | |

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Pamela Neal**<br>**605 South Terrace**<br>**Huntington, WV 25705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Parex Properties, LLC**<br>**9100 Marksfield Road, Ste 100**<br>**Louisville, KY 40222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Patricia Epstein**<br>**16335 Ashington Park Dr**<br>**Tampa, FL 33647** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Patty Blevins**<br>**3310 Deerwood Dr.**<br>**New Albany, IN 47150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Patty Noble**<br>**47 Tanglewood Lane**<br>**Bowling Green, OH 43402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Paycom Payroll LLC**<br>**255 E east 5th Street, 2115**<br>**Cincinnati, OH 45202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.345 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,536.92** |
|---|---|---|---|
| | **PDD Solutions**<br>**PO Box 20237**<br>**Louisville, KY 40250-0237** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Stationary and RX Pads_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **M2DU Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Peak10**
**PO Box 534326**
**Atlanta, GA 30353-4326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398,881.00 |
|---|---|---|---|

**Pearl Capital**
**100 William Street**
**Suite 900**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Blanket Lien.  Debtor is a co-debtor on loans to MD2U KY, MD2U IN, and MD2U NC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pitney Bowes**
**P.O. Box 371887**
**Pittsburgh, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Powers Pyles Sutter & Verville PC**
**1501 M Street NW**
**Seventh Floor**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**PR Store**
**2527 Nelson Miller Parkway**
**Suite 106**
**Louisville, KY 40223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Preferred Marketing Solutions**
**1108 Solutions Center**
**Department 771108**
**Chicago, IL 60677-1001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Preston Yarborough**
**4027 Quartergate Drive**
**High Point, NC 27265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MD2U Management LLC** | | Case number (if known) | **17-32761** |
|--------|--------------------------|---|------------------------|--------------|
| | Name | | | |

---

**3.353** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Principal Financial Group**
P.O. Box 10372
Des Moines, IA 50306-0372

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.354** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$303.74**

**ProSource**
4720 Glendale-Milford Rd.
Cincinnati, OH 45242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Printers__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.355** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Prudential Group Insurance**
PO Box 101241
Atlanta, GA 30392-1241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.356** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**PSS World Medical, Inc.**
5150 Interchange Way, Ste B.
Louisville, KY 40229-2299

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.357** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Quill**
P.O. Box 37600
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.358** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Quintairos, Preito, Wood & Boyer, P.A.**
9300 South Dadeland Blvd., 4th Floor
Miami, FL 33156

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.359** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ramada Downtown North**
1041 Zorn Avenue
Louisville, KY 40207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | MD2U Management LLC | Case number (if known) | 17-32761 |
|---|---|---|---|
| | Name | | |

---

**3.360** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Redella Hedrick
PO Box 7157
Concord, NC 28027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.361** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Regus/HQ
PO Box 842456
Dallas, TX 75284-2456

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.362** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Reisha Caudill
1129 Jamestown Dr
Berea, KY 40403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.363** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Renee Henry-Ross
1123 Lucerne Street
Fayetteville, NC 28303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.364** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,973.69**

Retarus Inc.
300 Lighting Way
Suite 315
Secaucus, NJ 07094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Fax Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.365** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Rhonda Lawson
473 Highway 11
Barbourville, KY 40906

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.366** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

RIchard Kuylen
2306 Rue St. Martin
Hammond, LA 70403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | MD2U Management LLC | Case number (if known) | 17-32761 |
|---|---|---|---|
| | Name | | |

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.367**

Nonpriority creditor's name and mailing address

Richard L. Tinsley
2108 Highland Springs Pl
Louisville, KY 40245

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.368**

Nonpriority creditor's name and mailing address

Ridgestone Bank
13925 W North Avenue
Brookfield, WI 53005

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.369**

Nonpriority creditor's name and mailing address

Road to Recovery
PO BOX 302
Buckner, KY 40010

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.370**

Nonpriority creditor's name and mailing address

Roar Advertising
3406 Hanover Court
Louisville, KY 40207

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.371**

Nonpriority creditor's name and mailing address

Rob Francis
6217 Perrin Drive
Crestwood, KY 40014

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.372**

Nonpriority creditor's name and mailing address

Robert Walther
3705 Jericho Dr
Casselberry, FL 32707

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.373**

Nonpriority creditor's name and mailing address

Robin Mauer
719 Forsheer Ct
Chesterfield, MO 63017

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **MD2U Management LLC** | Case number *(if known)* | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robin Morton**
**165 Barley Circle**
**Crittenden, KY 41030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rose Estate Holdings, LLC**
**PO BOX 20046**
**St. Petersburg, FL 33742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Roxeanne Jefferies**
**4321 Regatta Circle**
**Norristown, PA 19401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RunSwitch, LLC**
**6000 Brownsboro Park Blvd.**
**Unit F**
**Louisville, KY 40207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ruth Gaines**
**5629 Pacific Blvd**
**Apt. 3012**
**Boca Raton, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Garvey**
**1200 Park Hills Court**
**Louisville, KY 40207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |
|---|---|---|---|

**Samuel Palmer & The Spitz Law Firm, LLC**
**The Spitz Law Firm, LLC**
**WaterTower Plaza**
**Beechwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Legal__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MD2U Management LLC** | | | Case number (if known) | **17-32761** |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sanofi Pasteur Inc**
**12458 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sarah Pollom**
**507 Oxford Place**
**Louisville, KY 40207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Schwartz Insurance Group**
**2950 Breckenridge Lane 8**
**Louisville, KY 40220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean James Enterprises Inc**
**425 Tribble Gap Road**
**Cumming, GA 30040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Senior Comfort Guide, LLC**
**23715 Mercantile Rd.**
**Suite 203A**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Senior First Care Advisors, LLC**
**c/o Suzanne Piper**
**PO Box 179**
**Perry Park, KY 40363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Senior Helpers**
**200 Breckenridge Lane**
**Louisville, KY 40207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **MD2U Management LLC** | | Case number (if known) | **17-32761** |
|--------|------------------------|---|------------------------|--------------|
| | Name | | | |

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Senior Services of Northern Kentucky**
**1032 Madison Avenue**
**Covington, KY 41011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**ShareFile**
**701 Corporate Center Drive**
**Suite 300**
**Raleigh, NC 27607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Shauna Simpson**
**4410 Strathdon Dr**
**Ft. Wayne, IN 46816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Shawna Bird**
**1710 Versailles Rd**
**Lexington, KY 40504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Shay Mitchell**
**1603 Versailles Rd.**
**Lexington, KY 40504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Shelby Smith**
**3723 Chatham Road**
**Louisville, KY 40218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Shelby Welch**
**3127 Mylanta Place**
**Louisville, KY 40220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | MD2U Management LLC | Case number (if known) | 17-32761 |
|---|---|---|---|
| | Name | | |

---

**3.395**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Shelina Davis** | ☐ Contingent | |
| **1122 Condado Dr.** | ☐ Unliquidated | |
| **Rockledge, FL 32955** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.396**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Shelley Foord-Kelcey** | ☐ Contingent | |
| **170 Cliffline Drive** | ☐ Unliquidated | |
| **London, KY 40741** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.397**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Shelly Dupin** | ☐ Contingent | |
| **102 Legend Creek Dr** | ☐ Unliquidated | |
| **Youngsville, LA 70592** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.398**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Sherice Reddick** | ☐ Contingent | |
| **13612 Laraway Dr.** | ☐ Unliquidated | |
| **Riverview, FL 33579** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.399**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Sherra Morgan** | ☐ Contingent | |
| **228 Old Wallaceton Rd** | ☐ Unliquidated | |
| **Berea, KY 40403** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.400**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,737.83 |
| **Shred-it** | ☐ Contingent | |
| **P.O. Box 13574** | ☐ Unliquidated | |
| **Newark, NJ 07188-3574** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: Paper Shredding | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.401**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **SimplexGrinnell** | ☐ Contingent | |
| **Dept. CH 10320** | ☐ Unliquidated | |
| **Palatine, IL 60055-0320** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **MD2U Management LLC**
_____
Name

Case number (if known)    **17-32761**

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Simulution**
**211 River Ridge Circle**
**Suite 104**
**Burnsville, MN 55337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Smith Manus Surety Bonds**
**2307 River Road, Suite 200**
**Louisville, KY 40206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Specific Waste Industries**
**PO Box 1091**
**Prospect, KY 40059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,368.75 |
|---|---|---|---|

**Splash Analytics**
**12300 Plantside Drive**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Data Analysis**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**St Mary's Medical Group**
**Attn:  Barbara Parker**
**1400 Professional Building**
**Evansville, IN 47714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stacey Koch**
**11265 Boston Rd**
**Boston, KY 40107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stacia Williams**
**4201 Wilderness Run Dr.**
**Zachary, LA 70791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MD2U Management LLC** | Case number *(if known)* | **17-32761** |
|---|---|---|---|
| | Name | | |

---

**3.409** Nonpriority creditor's name and mailing address

**Stacy Isenberg**
**5180 Mt Olivet Rd**
**Bowling Green, KY 42101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.410** Nonpriority creditor's name and mailing address

**Starlight Coffee Co.**
**101 Lafpllette Station**
**Floyds Knobs, IN 47119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.411** Nonpriority creditor's name and mailing address

**State of West Virginia**
**State Tax Department**
**PO Box 229**
**Charleston, WV 25321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.412** Nonpriority creditor's name and mailing address

**Steel City Pops - Kentucky**
**1021 Bardstown Rd**
**Louisville, KY 40204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.413** Nonpriority creditor's name and mailing address

**Stephanie Benz**
**14408 Willow Grove Circle**
**Louisville, KY 40245**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.414** Nonpriority creditor's name and mailing address

**Stephanie Chalko**
**11808 Duane Point Circle**
**Apt 201**
**Louisville, KY 40243**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.415** Nonpriority creditor's name and mailing address

**Stephanie Doench**
**2248 N County Rd 450 W**
**Richland, IN 47634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **MD2U Management LLC**
_____
Name

Case number (if known)    **17-32761**
_____

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $110.04 |
|---|---|---|---|

**Stericycle, INC.**
**P.O. BOX 6575**
**Carol Stream, IL 60197-6575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Waste**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stites & Harbison**
**400 West Market Street**
**Suite 1800**
**Louisville, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Strategic Business Advisors**
**c/o Carson Stokes**
**4403 Saratoga Woods Dr**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susan Bennett**
**902 Ann Marie Drive**
**Morgantown, WV 26508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susan Thornton**
**80054 Cat Tail Circle**
**Yulee, FL 32097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sycamore Services, Inc.**
**1001 Sycamore Lane, PO Box 369**
**Daneville, IN 46122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tamalynn O'Daniel, APRN**
**3209 Chickadee Road**
**Louisville, KY 40213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | MD2U Management LLC | Case number (if known) | 17-32761 |
|---|---|---|---|
| | Name | | |

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tammy Loebker**
**20562 Matterhorn Drive**
**Lawrenceburg, IN 47025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tammy Wicke**
**3027 Wentworth Ave**
**Louisville, KY 40206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Teresa Valez**
**42 Seaton Valley Path**
**Palm Coast, FL 32164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Teuta Sherifi**
**2315 Hikes Lane**
**#3**
**Louisville, KY 40218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The ILRC**
**2709 Art Museum Dr.**
**Jacksonville, FL 32207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Institute for Sustainable Health & O**
**300 East Market St., Suite 200**
**Louisville, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Lincoln National Life Ins. Company**
**PO Box 7247-0477**
**Philadelphia, PA 19170-0477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Oliver Group**
**13500 Oliver Station Court**
**Louisville, KY 40245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Revzon Consulting Group, LLC**
**465 Furance St., Suite 6**
**Marshfield, MA 02050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Rotunda Group, LLC**
**P.O. Box 5711**
**Louisville, KY 40255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The TRECS Institute**
**105 Thatcher Court**
**North Wales, PA 19454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Turf Club at Churchill Downs**
**Accounts Receivable Dept.**
**600 N. Hurstbourne Pkwy.**
**Louisville, KY 40222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tiffany L. Forrest**
**6530 Calm River Way**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tiffany Tackett**
**288 Redcrest Dr.**
**Shepherdsville, KY 40165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Time Warner Cable**
**PO Box 1060**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tina Agan**
**7501 142nd Ave. N Lot #530**
**Largo, FL 33771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tina Hill**
**21 Meadow Brook Circle**
**Hurricane, WV 25526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tom Power Painting**
**2123 Highland Springs Place**
**Louisville, KY 40245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Toni Gray**
**1868 Nicholasville Road**
**Lexington, KY 40503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tonia Grabowski**
**7810 Kennard Rd.**
**Lodi, OH 44254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tony Back**
**901 Harvard Ave E**
**Seattle, WA 98102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

| Debtor | MD2U Management LLC | Case number (if known) | 17-32761 |
|---|---|---|---|
| | Name | | |

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tony Miller**
**1025 Skillback Rd**
**Indian Trail, NC 28079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |
|---|---|---|---|

**Top Shelf Lobby, LLC**
**302 Shelby Street**
**Frankfort, KY 40601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Lobby Firm_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tower Health LLC**
**c/o Technology Consulting Inc**
**PO Box 22529**
**Louisville, KY 40252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tracy Athey**
**6072 State Rd 62**
**Georgetown, IN 47122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tracy D Adams**
**1108 Winners Circle #6**
**Louisville, KY 40242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Transitions LifeCare**
**250 Hospice Circle**
**Raleigh, NC 27607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Travelers Indemnity and Affiliates**
**PO Box 660307**
**Dallas, TX 75266-0307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **MD2U Management LLC**
_____
Name

Case number (if known)    **17-32761**
_____

| | | |
|---|---|---|
| 3.451 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ |

|  |  | $0.00 |
|---|---|---|

**Trinity Video Communications**
**11003 Bluegrass Pkwy, Ste 600**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |

**TW Telecom**
**PO Box 910182**
**Denver, CO 80291-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  6175

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |

**Tyco SimplexGrinnell**
**Dept. CH 10320**
**Palantine, IL 60055-0320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |

**U of L Geriatrics**
**c/o U of L Health Care OP Center**
**401 E Chestnut Street, Ste 170**
**Louisville, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |

**U. S. Postal Service**
**CMRS-PB**
**P.O. Box 0566**
**Carol Stream, IL 60132-0566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |

**Unified Technologies, LLC**
**P.O. Box 99889**
**Louisville, KY 40269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |

**United States Treasury**
**Internal Revenue Service**
**Cincinnati, OH 45999-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **University of Louisville**<br>**Delphi Center**<br>**6250 Reliable Parkway**<br>**Chicago, IL 60686-0062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **US Postal Service**<br>**Att: Postmaster**<br>**4600 Shelbyville Rd, Suite 126**<br>**Louisville, KY 40207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **ValuLogik**<br>**P.O. Box 7129**<br>**Louisville, KY 40257** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Venture Club of Louisville**<br>**c/o YPAL**<br>**550 S. 4th Street**<br>**Louisville, KY 40202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Venture First**<br>**Accounts Receivable**<br>**P.O. Box 7129**<br>**Louisville, KY 40257** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Verizon Wireless**<br>**P.O. Box 25505**<br>**Lehigh Valley, PA 18002-5505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Veronica Walters**<br>**401 Rosewood Ave.**<br>**Findlay, OH 45840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **MD2U Management LLC** | | Case number (if known) | **17-32761** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Victoria Landing Apartments**
**3685 Victoria Manor Drive**
**Lakeland, FL 33805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,123.17 |
|---|---|---|---|

**Viking Partners Hurstbourne, LLC**
**c/o Coldwell Banker Com. Reliant Realty**
**1125 W. 8th Street, Suite 200**
**Cincinnati, OH 45203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Office Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wes Latta**
**120 Scheer Avenue**
**Durham, NC 27703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wesley Manor**
**5012 East Manslick Road**
**Louisville, KY 40219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**West Coast Life Insurance**
**Customer Service**
**2801 Hwy 280 S**
**Birmingham, AL 35223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**West Virginia Advanced Practice Nursing**
**Tammy Workman**
**4735 Blue Ribbon Drive**
**Catlettsburg, KY 41129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**West Virginia State Tax Department**
**Tax Account Administration Dividion**
**PO Box 3839**
**Charleston, WV 25338-3839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **MD2U Management LLC**
_____    Case number (if known)    **17-32761**
Name

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Whetstone Road LLC**
**541 East Scenic Drive**
**Pass Christian, MS 39571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wilding Industries, Inc.**
**P.O. Box 368**
**Crestwood, KY 40014-0368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William Grenier**
**2212 Payne Street**
**Louisville, KY 40206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William McKinney**
**2168 Lowell Avenue**
**Louisville, KY 40205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Work-A-Haulix, LLC**
**4100 Eastmoor Road**
**Louisville, KY 40218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Yellowpagesunited**
**Mail Processing Center**
**PO BOX 50038**
**Jacksonville, FL 32240-0038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Your Community Bank**
**471 West Main**
**Louisville, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **MD2U Management LLC** | Case number (if known) | **17-32761** |
|---|---|---|---|
| | Name | | |

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Zach Gostling**
**8412 Saberdee Drive**
**Louisville, KY 40242**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Office of the U.S. Attorney**<br>**Western District of Kentucky**<br>**For: Internal Revenue Service**<br>**717 West Broadway**<br>**Louisville, KY 40202** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **846,743.28** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **846,743.28** |

**Fill in this information to identify the case:**

Debtor name **MD2U Management LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) **17-32761**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Medical Software**<br><br><br><br>**Aprima Medical Software, Inc.**<br>**PO Box 670212**<br>**Dallas, TX 75267** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Data Storage**<br><br><br><br>**Citrix Sharefile**<br>**120 S. West St**<br>**Raleigh, NC 27603** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Printer Lease**<br><br><br><br>**De Lage Landen Financial Services**<br>**PO Box 41602**<br>**Philadelphia, PA 19101** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Computer Lease**<br><br><br><br>**Dell Financial Services**<br>**PO Box 6547**<br>**Carol Stream, IL 60197** |

| Debtor 1 | **MD2U Management LLC** | | | Case number (*if known*) | **17-32761** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Computer Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **HP Services**<br>**13207 Collections Centre Dr.**<br>**Chicago, IL 60693** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Phone Service** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Level 3**<br>**PO Box 910182**<br>**Denver, CO 80291** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Computer Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Louisville Geek**<br>**3900 Shelbyville Road**<br>**Suite 12**<br>**Louisville, KY 40207** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Office Rent** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **MAA LLC**<br>**815 East Market St**<br>**New Albany, IN 47150** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Auto Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mercedes-Benz Financial**<br>**PO Box 5209**<br>**Carol Stream, IL 60197** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Phone Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **NEC Financial**<br>**24189 Network Pl**<br>**Chicago, IL 60673** |

| Debtor 1 | **MD2U Management LLC** | | | Case number *(if known)* | **17-32761** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| **2.11.** | State what the contract or lease is for and the nature of the debtor's interest | **Networking** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Peak10**<br>**PO Box 534326**<br>**Atlanta, GA 30353** |

| **2.12.** | State what the contract or lease is for and the nature of the debtor's interest | **Printer Service Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ProSource**<br>**4720 Glendale-Milford Rd**<br>**Cincinnati, OH 45242** |

| **2.13.** | State what the contract or lease is for and the nature of the debtor's interest | **Cellular Service** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Verizon Wireless**<br>**PO Box 25505**<br>**Lehigh Valley, PA 18002** |

| **2.14.** | State what the contract or lease is for and the nature of the debtor's interest | **Office Rent** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Viking Partners Hurstbourne, LLC**<br>**1125 W. 8th Street**<br>**Suite 200**<br>**Cincinnati, OH 45203** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **MD2U Management LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY |
| Case number (if known) | **17-32761** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | **Greg Latta** | **1261 Cherokee Road Louisville, KY 40204** | **RapidAdvance (SBFS)** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Greg Latta** | **1261 Cherokee Road Louisville, KY 40222** | **Kalamata Capital LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Greg Latta** | **1261 Cherokee Road Louisville, KY 40204** | **PW Funding, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Greg Latta** | **1261 Cherokee Road Louisville, KY 40204** | **Byline Bank (Ridgestone)** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Greg Latta** | **1261 Cherokee Road Louisville, KY 40204** | **Office of the U.S. Attorney** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **MD2U Management LLC** | Case number *(if known)* | **17-32761** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **ICATS Lakeland LLC** | **9200 Shelbyville Road Louisville, KY 40222** | **Byline Bank (Ridgestone)** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.7 | **ICATS Management** | **9200 Shelbyville Road Louisville, KY 40222** | **Byline Bank (Ridgestone)** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.8 | **J. Michael Benfield** | **8902 Dennington Drive Louisville, KY 40222** | **Merchant Funding Services, LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.9 | **J. Michael Benfield, Jr.** | **8902 Dennington Drive Louisville, KY 40222** | **RapidAdvance (SBFS)** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.10 | **J. Michael Benfield, Jr.** | **8902 Dennington Drive Louisville, KY 40222** | **Kalamata Capital LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.11 | **J. Michael Benfield, Jr.** | **8902 Dennington Drive Louisville, KY 40222** | **PW Funding, LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.12 | **J. Michael Benfield, Jr.** | **8902 Dennington Drive Louisville, KY 40222** | **Saturn Funding** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.13 | **J. Michael Benfield, Jr.** | **8902 Dennington Drive Louisville, KY 40222** | **Byline Bank (Ridgestone)** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

| Debtor | **MD2U Management LLC** | Case number *(if known)* | **17-32761** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | J. Michael Benfield, Jr. | 8902 Dennington Drive Louisville, KY 40222 | Office of the U.S. Attorney | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.15 | Karen Latta | 1261 Cherokee Road Louisville, KY 40204 | RapidAdvance (SBFS) | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.16 | Karen Latta | 1261 Cherokee Road Louisville, KY 40204 | Kalamata Capital LLC | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.17 | Karen Latta | 1261 Cherokee Road Louisville, KY 40204 | PW Funding, LLC | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.18 | Karen Latta | 1261 Cherokee Road Louisville, KY 40204 | Byline Bank (Ridgestone) | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.19 | Karen Latta | 1261 Cherokee Road Louisville, KY 40204 | Office of the U.S. Attorney | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.20 | MD2U Cares, Inc. | 9200 Shelbyville Road Louisville, KY 40222 | Pearl Capital | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.21 | MD2U Florida LLC | 9200 Shelbyville Road Louisville, KY 40222 | RapidAdvance (SBFS) | ☐ D _____ ☐ E/F _____ ☐ G _____ |

| Debtor | **MD2U Management LLC** | | Case number *(if known)* | **17-32761** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | **MD2U Florida LLC** | 9200 Shelbyville Road Louisville, KY 40222 | **Kalamata Capital LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.23 | **MD2U Florida LLC** | 9200 Shelbyville Road Louisville, KY 40222 | **Pearl Capital** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.24 | **MD2U Florida LLC** | 9200 Shelbyville Road Louisville, KY 40222 | **Office of the U.S. Attorney** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.25 | **MD2U Franchising LLC** | 9200 Shelbyville Road Louisville, KY 40222 | **Pearl Capital** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.26 | **MD2U Franchising LLC** | 9200 Shelbyville Road Louisville, KY 40222 | **Office of the U.S. Attorney** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.27 | **MD2U Holding Company** | 9200 Shelbyville Road Louisville, KY 40222 | **Byline Bank (Ridgestone Bank)** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.28 | **MD2U Holding Company** | 9200 Shelbyville Road Louisville, KY 40222 | **Kalamata Capital LLC** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.29 | **MD2U Holding Company** | 9200 Shelbyville Road Louisville, KY 40222 | **RapidAdvance (SBFS)** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |

---

| Debtor | **MD2U Management LLC** | Case number *(if known)* | **17-32761** |
|---|---|---|---|

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **MD2U Holding Company** | 9200 Shelbyville Road Louisville, KY 40222 | **Pearl Capital** | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.31 | **MD2U Holding Company** | 9200 Shelbyville Road Louisville, KY 40222 | **Byline Bank (Ridgestone)** | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.32 | **MD2U Holding Company** | 9200 Shelbyville Road Louisville, KY 40222 | **Office of the U.S. Attorney** | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.33 | **MD2U IAH LLC** | 9200 Shelbyville Road Louisville, KY 40222 | **Office of the U.S. Attorney** | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.34 | **MD2U IAH, LLC** | 9200 Shelbyville Road Louisville, KY 40222 | **Pearl Capital** | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.35 | **MD2U Indiana LLC** | 9200 Shelbyville Road Louisville, KY 40222 | **RapidAdvance (SBFS)** | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.36 | **MD2U Indiana LLC** | 9200 Shelbyville Road Louisville, KY 40222 | **Kalamata Capital LLC** | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.37 | **MD2U Indiana LLC** | 9200 Shelbyville Road Louisville, KY 40222 | **Office of the U.S. Attorney** | ☐ D ____ ☐ E/F ____ ☐ G ____ |

| Debtor | **MD2U Management LLC** | Case number *(if known)* | **17-32761** |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.38 | **MD2U Kentucky LLC** | **9200 Shelbyville Road Louisville, KY 40222** | **RapidAdvance (SBFS)** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.39 | **MD2U Kentucky LLC** | **9200 Shelbyville Road Louisville, KY 40222** | **Kalamata Capital LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.40 | **MD2U Kentucky LLC** | **9200 Shelbyville Road Louisville, KY 40222** | **Pearl Capital** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.41 | **MD2U Kentucky LLC** | **9200 Shelbyville Road Louisville, KY 40222** | **Office of the U.S. Attorney** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.42 | **MD2U Kentucky LLC** | **9200 Shelbyville Road Louisville, KY 40222** | **Merchant Funding Services, LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.43 | **MD2U Louisiana LLC** | **9200 Shelbyville Road Louisville, KY 40222** | **Pearl Capital** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.44 | **MD2U Louisiana LLC** | **9200 Shelbyville Road Louisville, KY 40222** | **Office of the U.S. Attorney** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.45 | **MD2U Missouri LLC** | **9200 Shelbyville Road Louisville, KY 40222** | **Pearl Capital** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

| Debtor | **MD2U Management LLC** | Case number *(if known)* | **17-32761** |
|--------|--------------------------|----------------------------|--------------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|------------------------|--|------------------------|--|
| 2.46 | **MD2U North Carolina LLC** | 9200 Shelbyville Road Louisville, KY 40222 | **Kalamata Capital LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.47 | **MD2U North Carolina LLC** | 9200 Shelbyville Road Louisville, KY 40222 | **Pearl Capital** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.48 | **MD2U North Carolina LLC** | 9200 Shelbyville Road Louisville, KY 40222 | **Office of the U.S. Attorney** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.49 | **MD2U Ohio LLC** | 9200 Shelbyville Road Louisville, KY 40222 | **RapidAdvance (SBFS)** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.50 | **MD2U Ohio LLC** | 9200 Shelbyville Road Louisville, KY 40222 | **Kalamata Capital LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.51 | **MD2U Ohio LLC** | 9200 Shelbyville Road Louisville, KY 40222 | **Pearl Capital** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.52 | **MD2U Ohio LLC** | 9200 Shelbyville Road | **Office of the U.S. Attorney** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.53 | **MD2U PLLC** | 9200 Shelbyville Road Louisville, KY 40222 | **Byline Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **MD2U Management LLC** | | Case number *(if known)* | **17-32761** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.54 | **MD2U PLLC** | 9200 Shelbyville Road<br>Louisville, KY 40222 | **RapidAdvance (SBFS)** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.55 | **MD2U PLLC** | 9200 Shelbyville Road<br>Louisville, KY 40222 | **Kalamata Capital LLC** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.56 | **MD2U PLLC** | 9200 Shelbyville Road<br>Louisville, KY 40222 | **Pearl Capital** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.57 | **MD2U PLLC** | 9200 Shelbyville Road<br>Louisville, KY 40222 | **Byline Bank (Ridgestone)** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.58 | **MD2U PLLC** | 9200 Shelbyville Road<br>Louisville, KY 40222 | **Office of the U.S. Attorney** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.59 | **MD2U South Carolina LLC** | 9200 Shelbyville Road<br>Louisville, KY 40222 | **Pearl Capital** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.60 | **MD2U Tennessee LLC** | 9200 Shelbyville Road<br>Louisville, KY 40222 | **Pearl Capital** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.61 | **MD2U Tennessee LLC** | 9200 Shelbyville Road<br>Louisville, KY 40222 | **Office of the U.S. Attorney** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **MD2U Management LLC** | Case number *(if known)* | **17-32761** |
|--------|-------------------------|--------------------------|--------------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|------------------------|--|------------------------|--|
| 2.62 | **MD2U West Virginia LLC**    9200 Shelbyville Road Louisville, KY 40222 | **Pearl Capital** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.63 | **MD2U West Virginia LLC**    9200 Shelbyville Road Louisville, KY 40222 | **Office of the U.S. Attorney** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **MD2U Management LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    **17-32761**

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ☐ Operating a business<br>■ Other    **Consolidated Revenue** | $15,311,874.00 |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other    **Consolidated Revenue** | $23,997,828.00 |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other    **Consolidated Revenue** | $24,167,731.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor **MD2U Management LLC**                                              Case number *(if known)* **17-32761**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Anthem BCBS** P.O. Box 105124 Atlanta, GA 30348 | 06/07/2017 06/15/2017 07/16/2017 | $224,586.31 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Health Insurance** |
| 3.2. **Aprima Medical Software, Inc.** PO Box 670212 Dallas, TX 75267 | 06/12/2017 06/19/2017 07/11/2017 07/18/2017 | $43,646.64 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.3. **BKD, LLP** 200 E. Main Street Suite 700 Fort Wayne, IN 46802 | 05/31/2017 07/14/2017 07/14/2017 | $20,596.93 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.4. **Compliance Concepts, Inc.** | 05/31/2017 06/30/2017 | $21,695.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.5. **Dell Financial Services LLC** Mail stop-PS2DF-23 | 06/01/2017 06/01/2017 06/01/2017 06/01/2017 06/21/2017 07/03/2017 07/03/2017 07/03/2017 07/03/2017 07/21/2017 | $11,902.86 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    **MD2U Management LLC**                                             Case number *(if known)*    **17-32761**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.6. | **Kalamata Capital LLC**<br>**7315 Wisconsin Avenue**<br>**East Tower, Suite 950**<br>**Bethesda, MD 20814** | 05/30/2017<br>05/31/2017<br>06/01/2017<br>06/02/2017<br>06/05/2017<br>06/06/2017<br>06/07/2017<br>06/08/2017<br>06/09/2017<br>06/12/2017<br>06/13/2017<br>06/14/2017<br>06/15/2017<br>06/16/2017<br>06/19/2017<br>06/20/2017<br>06/21/2017<br>06/22/2017<br>06/23/2017<br>06/26/2017<br>06/27/2017<br>06/28/2017<br>06/29/2017<br>06/30/2017<br>07/03/2017<br>07/05/2017<br>07/06/2017<br>07/07/2017<br>07/10/2017<br>07/11/2017<br>07/12/2017<br>07/13/2017<br>07/14/2017<br>07/17/2017<br>07/18/2017<br>07/19/2017<br>07/20/2017 | $13,381.79 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **McKesson Medical Surgical** | 05/31/2017<br>06/26/2017<br>06/26/2017<br>06/26/2017<br>06/28/2017<br>06/29/2017<br>06/29/2017<br>06/30/2017<br>07/10/2017<br>07/12/2017<br>07/18/2017<br>07/31/2017 | $6,557.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | **MedX12** | 06/02/2017<br>07/02/2017<br>07/02/2017 | $25,454.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |

Debtor    **MD2U Management LLC**                                      Case number *(if known)* **17-32761**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Merchant Fund Services**<br>**One Evertrust Plaza**<br>**Suite 1401**<br>**Jersey City, NJ 07302** | 05/30/2017<br>05/31/2017<br>05/31/2017<br>06/01/2017<br>06/02/2017<br>06/05/2017<br>06/06/2017<br>06/07/2017<br>06/08/2017<br>06/09/2017<br>06/12/2017<br>06/13/2017<br>06/14/2017<br>06/15/2017<br>06/16/2017<br>06/19/2017<br>06/20/2017<br>06/21/2017<br>06/22/2017<br>06/23/2017<br>06/26/2017<br>06/27/2017<br>06/28/2017<br>06/29/2017<br>06/30/2017<br>07/03/2017<br>07/05/2017<br>07/06/2017<br>07/06/2017<br>07/07/2017<br>07/14/2017<br>07/26/2017 | $28,536.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Mountjoy Chilton Medley** | 7/31/17 | $12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **MD2U Management LLC**    Case number *(if known)*    **17-32761**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.11. **Paycom Payroll LLC** | 06/01/2017<br>06/01/2017<br>06/01/2017<br>06/01/2017<br>06/01/2017<br>06/01/2017<br>06/01/2017<br>06/02/2017<br>06/06/2017<br>06/06/2017<br>06/06/2017<br>06/06/2017<br>06/06/2017<br>06/06/2017<br>06/06/2017<br>06/15/2017<br>06/15/2017<br>06/15/2017<br>06/15/2017<br>06/15/2017<br>06/15/2017<br>06/15/2017<br>06/19/2017<br>06/19/2017<br>06/19/2017<br>06/19/2017<br>06/19/2017<br>06/19/2017<br>06/19/2017<br>06/29/2017<br>06/29/2017<br>06/29/2017<br>06/29/2017<br>06/29/2017<br>06/29/2017<br>06/29/2017<br>07/05/2017<br>07/05/2017<br>07/05/2017<br>07/05/2017<br>07/05/2017<br>07/05/20 | $1,219,228.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12. **Principal Financial Group** | 06/13/2017<br>06/17/2017<br>07/18/2017 | $31,703.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__401k__ |
| 3.13. **Retarus Inc.** | 06/06/2017<br>07/03/2017 | $11,170.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **MD2U Management LLC**                                           Case number *(if known)*  **17-32761**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.14. **Saturn Funding**<br>**333 Seventh Avenue**<br>**3rd Floor**<br>**New York, NY 10001** | **05/30/2017**<br>**05/31/2017**<br>**06/01/2017**<br>**06/02/2017**<br>**06/05/2017**<br>**06/06/2017**<br>**06/07/2017**<br>**06/08/2017**<br>**06/09/2017**<br>**06/12/2017**<br>**06/13/2017**<br>**06/14/2017**<br>**06/15/2017**<br>**06/16/2017**<br>**06/19/2017**<br>**06/20/2017**<br>**06/21/2017**<br>**06/22/2017**<br>**06/23/2017**<br>**06/26/2017**<br>**06/27/2017**<br>**06/28/2017**<br>**06/29/2017**<br>**06/30/2017**<br>**07/03/2017**<br>**07/05/2017**<br>**07/06/2017**<br>**07/07/2017**<br>**07/10/2017**<br>**07/11/2017**<br>**07/12/2017**<br>**07/13/2017**<br>**07/14/2017**<br>**07/17/2017**<br>**07/18/2017**<br>**07/19/2017**<br>**07/20/2017** | **$14,749.68** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **MD2U Management LLC**                                      Case number *(if known)*  **17-32761**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.15. | **RapidAdvance (SBFS)**<br>**4500 East West Highway**<br>**6th Floor**<br>**Bethesda, MD 20814** | 05/30/2017<br>05/31/2017<br>06/01/2017<br>06/02/2017<br>06/05/2017<br>06/06/2017<br>06/07/2017<br>06/08/2017<br>06/09/2017<br>06/12/2017<br>06/13/2017<br>06/14/2017<br>06/15/2017<br>06/16/2017<br>06/19/2017<br>06/20/2017<br>06/21/2017<br>06/22/2017<br>06/23/2017<br>06/26/2017<br>06/27/2017<br>06/28/2017<br>06/29/2017<br>06/30/2017<br>07/03/2017<br>07/05/2017<br>07/06/2017<br>07/07/2017<br>07/10/2017<br>07/11/2017<br>07/12/2017<br>07/13/2017<br>07/14/2017<br>07/17/2017<br>07/18/2017<br>07/19/2017<br>07/20/2017 | $19,116.79 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. | **Splash Analytics** | 05/31/2017<br>06/30/2017<br>07/31/2017 | $7,612.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.17. | **Viking Partners Hurstbourne, LLC**<br>**1125 W. 8th Street**<br>**Suite 200**<br>**Cincinnati, OH 45203** | 05/31/2017<br>06/15/2017<br>07/15/2017 | $30,296.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent expense-building** |

Debtor    **MD2U Management LLC**                                                      Case number *(if known)*  **17-32761**

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount
may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **J Michael Benfield<br>8902 Dennington Drive<br>Louisville, KY 40222<br>Former President; shareholder of<br>former member of the debtor** | **08/23/2016<br>09/23/2016<br>10/24/2016<br>11/23/2016<br>12/23/2016<br>01/23/2017<br>02/23/2017<br>03/23/2017<br>04/24/2017<br>05/23/2017<br>06/23/2017<br>07/24/2017** | **$740.02** | **Made to Reliamax Lending as<br>shareholder note receivable** |
| 4.2.  **J Michael Benfield<br>8902 Dennington Drive<br>Louisville, KY 40222<br>Former president; shareholder of<br>former member of the Debtor** | **08/16/2016<br>09/01/2016<br>09/13/2016<br>10/05/2016<br>10/11/2016<br>11/01/2016<br>11/14/2016<br>12/06/2016<br>12/14/2016<br>01/12/2017<br>02/01/2017<br>02/16/2017<br>03/06/2017<br>03/13/2017<br>04/03/2017<br>04/11/2017<br>05/03/2017<br>05/11/2017<br>06/01/2017<br>06/13/2017<br>07/11/2017** | **$9,144.32** | **Paid to Navient as a payment of<br>student loan. Booked as<br>shareholder note receivable.** |
| 4.3.  **J Michael Benfield<br>8902 Dennington Drive<br>Louisville, KY 40222<br>Former president; shareholder of<br>former member of the Debtor** | **08/15/2016<br>09/14/2016<br>10/13/2016<br>11/15/2016<br>12/14/2016<br>01/17/2017<br>02/14/2017<br>03/14/2017<br>04/14/2017<br>05/15/2017<br>06/14/2017<br>07/14/2017** | **$1,207.53** | **Paid to ACS as payment on<br>student loan. Booked as<br>shareholder note receivable** |

Debtor    **MD2U Management LLC**                                                      Case number *(if known)*  **17-32761**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4.  **J Michael Benfield**<br>**8902 Dennington Drive**<br>**Louisville, KY 40222**<br>**Former president; shareholder of**<br>**former member of the Debtor** | **08/02/2016**<br>**08/31/2016**<br>**09/28/2016**<br>**10/26/2016**<br>**12/01/2016**<br>**01/01/2017**<br>**01/27/2017**<br>**03/01/2017**<br>**04/01/2017**<br>**05/01/2017**<br>**06/01/2017**<br>**07/01/2017** | **$21,969.56** | **Payment to CITI Mortgage, for home where Dr. Benfield lives. Booked as payment on account payable.** |
| 4.5.  **J Michael Benfield**<br>**8902 Dennington Drive**<br>**Louisville, KY 40222**<br>**Former president; shareholder of**<br>**former member of the Debtor** | **04/14/2017**<br>**04/28/2017**<br>**05/12/2017**<br>**05/26/2017**<br>**06/09/2017** | **$25,000.00** | **Booked as loan repayments** |
| 4.6.  **Anderson Benfield**<br>**5207 Pebble Creek Place**<br>**Louisville, KY 40241**<br>**Shareholder of former member of the**<br>**debtor** | | **$59,385.26** | **Salary**<br>**2017: $36,384.59**<br>**2016: $23,000.67 within 1 year of the petition** |
| 4.7.  **David Spindle**<br>**402 Enclave Place**<br>**Louisville, KY 40245**<br>**Shareholder of former member of the**<br>**Debtor** | | **$129,807.75** | **Salary**<br>**2017: $83,076.96**<br>**2016: $46,730.79 paid within one year of the petition** |
| 4.8.  **Greg Latta**<br>**1261 Cherokee Road**<br>**Louisville, KY 40204**<br>**Shareholder of former member; Former**<br>**officer** | | **$184,615.44** | **Salary**<br>**2017: $115,384.65**<br>**2016: $69,230.79 within one year of the petition** |
| 4.9.  **J. Michael Benfield**<br>**1601 Spring Drive #18**<br>**Louisville, KY 40205**<br>**Former President; shareholder of**<br>**former member of the Debtor** | | **$376,923.18** | **Salary**<br>**2017: $230,769.30**<br>**2016: $146,153.88 within one year of the petition** |
| 4.10·  **Jessica Dsouza**<br>**4613 Blenheim Road**<br>**Louisville, KY 40207**<br>**Member, Director, employee** | | **$128,134.57** | **Salary**<br>**2017: $76,499.98**<br>**2016: $51,634.59 within one year of the petition** |
| 4.11·  **Joel Coleman**<br>**6501 Turnbridge Place**<br>**Prospect, KY 40059**<br>**Member, Director, president, CFO** | | **$240,384.50** | **Salary**<br>**2017: $153,846.08**<br>**2016: $86,538.42 within one year of the petition** |
| 4.12·  **Karen Latta**<br>**1261 Cherokee Road**<br>**Louisville, KY 40204**<br>**Former officer and shareholder of**<br>**former member** | | **$148,432.79** | **Salary**<br>**2017: $115,384.65**<br>**2016: $69,230.79 within one year of petition** |

Debtor    **MD2U Management LLC**                                          Case number *(if known)*  **17-32761**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.13<br>· | **Margaret M. Willan**<br>**250 Pennsyvania Ave**<br>**Louisville, KY 40206**<br>**Member, Director, employee** | | **$129,807.75** | **Salary**<br>**2017: $83,076.96**<br>**2016: $46,730.79 within one**<br>**year of the petition** |
| 4.14<br>· | **Richard L. Tinsley**<br>**2108 Highland Springs Pl**<br>**Louisville, KY 40245**<br>**Director** | 1/11/2017<br>($2,000);<br>3/17/2017<br>($2,500) | **$4,500.00** | **Service as independent**<br>**member of board of directors** |
| 4.15<br>· | **David S. Waskey**<br>**2327 Saratoga Drive**<br>**Louisville, KY 40205**<br>**Director** | 1/11/2017<br>($2,000);<br>3/17/2017<br>($2,500) | **$4,500.00** | **Service as independent**<br>**member of board of directors** |

5.  **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **HAGAN, DOUG VS.**<br>**SCOTTSVILLE MANOR, INC.**<br>**16-CI-00425** | **Personal injury** | **Allen Circuit** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **THOMAS, JOHN , ET AL VS.**<br>**FRANKFORT MEDICAL**<br>**INVESTORS, LLC**<br>**17-CI-00410** | **Personal injury** | **Franklin Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **Estate of Rita L. Copley v.**<br>**Lisa A Foley, MD2U Florida,**<br>**LLC, MD2U Management,**<br>**LLC, Adolphus Davis and The**<br>**Four Seasons A.L.F.**<br>**Community, Inc.** | **Personal injury** | **Florida state court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **MD2U Management LLC**                                                    Case number *(if known)*  **17-32761**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **New Era Lending LLC v MD2U Kentucky LLC, MD2U Management LLC, MD2U Holding Company LLC, Jerry M Benfield, Jr and Karen Benfield Latta**<br>**EF005734-2017** | **Collection** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Pearl Gamma Funding LLC v MD2U Kentucky LLC, et al**<br>**E162199/2017** | **Collection** | **Niagara County, NY, Supreme Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Saturn Funding vs. MD2U Management LLC, et al**<br>**E16219/2017** | **Collection** | **Supreme Court of the State of New York County of Niagra 775 3rd Street Niagara Falls, NY 14301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

---

Debtor    **MD2U Management LLC**                                    Case number *(if known)* **17-32761**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kaplan & Partners, LLP**<br>**710 W. Main Street**<br>**4th Floor**<br>**Louisville, KY 40202** | | **8/21/2017** | **$75,000.00** |
| | **Email or website address**<br>**www.kplouisville.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **140 Whittington Pkwy**<br>**Suite 100**<br>**Louisville, KY 40222** | **Until August 2017** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☐ No. Go to Part 9.
    ■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **MD2U**<br>**9200 Shelbyville Rd.** | **Home-based primary care** | **All outpatient** |

Debtor    **MD2U Management LLC**                                          Case number *(if known)*  **17-32761**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **Suite 530**<br>**Louisville, KY 40222** | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**MD2U office address** | **How are records kept?**<br><br>*Check all that apply:*<br><br>■ Electronically<br>☐ Paper |

---

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.

■  Yes. State the nature of the information collected and retained.

> **Protected Health Information**
>
> Does the debtor have a privacy policy about that information?
> ☐ No
> ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No. Go to Part 10.

■  Yes. Does the debtor serve as plan administrator?

> ☐ No Go to Part 10.
> ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **MD2U Management, LLC 401(k) Plan** | EIN:  **27-3098144** |

> Has the plan been terminated?
> ■ No
> ☐ Yes

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■  None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■  None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

---

| Debtor | **MD2U Management LLC** | Case number *(if known)* **17-32761** |
|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| **Part 12:** | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Debtor    **MD2U Management LLC**                                                          Case number *(if known)*    **17-32761**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|
| 25.1. **MD2U PLLC** | **Sister company controlled by the debtor (used to process credit card transactions)** | EIN: | **20-0121621** |
| | | From-To | **2004-present** |
| 25.2. **MD2U Kentucky LLC** | **Kentucky providers** | EIN: | **27-3098387** |
| | | From-To | **2010-present** |
| 25.3. **MD2U Indiana LLC** | **Indiana providers** | EIN: | **27-3098462** |
| | | From-To | **2010-present** |
| 25.4. **MD2U Ohio LLC** | **Ohio provider** | EIN: | **27-4167749** |
| | | From-To | **2010-present** |
| 25.5. **MD2U Louisiana LLC** | | EIN: | **27-4630894** |
| | | From-To | **2011-present (non-active)** |
| 25.6. **MD2U Florida** | **Florida providers** | EIN: | **27-4630968** |
| | | From-To | **2011-present (no longer operates)** |
| 25.7. **MD2U North Carolina LLC** | **North Carolina providers** | EIN: | **32-0388401** |
| | | From-To | **2012-present** |
| 25.8. **MD2U West Virginia LLC** | | EIN: | **37-1718871** |
| | | From-To | **2013-present (non-active)** |
| 25.9. **MD2U Tennessee LLC** | | EIN: | **36-4766847** |
| | | From-To | **2013-present (non-active)** |
| 25.10. **MD2U Cares, Inc.** | **Nonprofit** | EIN: | |
| | | From-To | **2015-2016** |
| 25.11. **MD2U Franchising LLC** | | EIN: | |
| | | From-To | **2008-2010** |
| 25.12. **MD2U IAH LLC** | | EIN: | |
| | | From-To | **2014-present (non-active)** |
| 25.13. **MD2U Missouri, LLC** | | EIN: | |
| | | From-To | **2010-present (non-active)** |
| 25.14. **MD2U South Carolina LLC** | | EIN: | |
| | | From-To | **2013-present (non-active)** |

Debtor    **MD2U Management LLC**                                                    Case number *(if known)*  **17-32761**

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.15. **ICATS Management Integrated Care and Transition Services LL** | | **EIN:** |
| | | **From-To**   **2013-present (non-active)** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Joel Coleman** | |
| 26a.2.    **Mountjoy Chilton Medley LLP**<br>**462 South Fourth Street**<br>**26th Floor**<br>**Louisville, KY 40202** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Mountjoy Chilton Medley LLP** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Joel Coleman** | |
| 26c.2.    **Mountjoy Chilton Medley LLP** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

Debtor    **MD2U Management LLC**                                          Case number *(if known)* **17-32761**

in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Joel Coleman | 6501 Turnbridge Place Prospect, KY 40059 | Member, Director, CFO, Interim CEO | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Jessica Dsouza | 4613 Blenheim Road Louisville, KY 40207 | Member, Director | 17.5 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Margaret Wilan | 250 Pennsylvania Avenue Louisville, KY 40205 | Member, Director | 17.5 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Mark Crane | 201 E. Jefferson Street Suite 102 Louisville, KY 40245 | Member | 15 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| David S. Waskey | 2327 Saratoga Drive Louisville, KY 40205 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Richard L. Tinsley | 2108 Highland Springs Pl Louisville, KY 40245 | Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| J. Michael Benfield, MD | 8902 Dennington Drive Louisville, KY 40222 | President, Director | Until 8/24/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Greg Latta | 1261 Cherokee Road Louisville, KY 40204 | C.I.O., Director | Until 8/24/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Karen Latta | 1261 Cherokee Road Louisville, KY 40204 | C.O.O., Director | Until 8/24/2017 |

Debtor    **MD2U Management LLC**                                         Case number *(if known)*  **17-32761**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| **MD2U Holding Company** | **c/o James Guilfoyle 431 E Court Ave Jeffersonville, IN 47130** | **9000 units of Common Membership Interest (90% of all units)** | **Until 8/24/2017** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | **See Line 4** | | | |

|  | Relationship to debtor |
|--|------------------------|
|  |  |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
|  |  |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| **MD2U Management LLC 401(k) Plan** | **EIN:    27-3098144** |

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **September 21, 2017**

**/s/ Joel Coleman**                                                  **Joel Coleman**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Kentucky

In re  **MD2U Management LLC**

Debtor(s)

Case No.  **17-32761**

Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept ..................................................... $ | **Hourly Rate** |
| Prior to the filing of this statement I have received.......................................... $ | **$75,000.00** |
| Balance Due ..................................................................................................... $ | **As Approved by Court** |

2.  The source of the compensation paid to me was:

☒ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Engage in conferences with Client, creditors, judges, and court personnel;
e.  Draft pleadings and correspondence, and review same from other parties;
f.  Research points of law relevant to Client's legal matters;
g.  Prepare for and attend all hearings and meetings scheduled by the Court or the United States Trustee's office; and
h.  Assist Client in the development of a viable plan or other disposition of assets.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 9/21/2017 | /s/ Charity B. Neukomm |
| _Date_ | **Charity B. Neukomm** |
| | _Signature of Attorney_ |
| | **Kaplan & Partners LLP** |
| | **710 West Main Street** |
| | **Fourth Floor** |
| | **Louisville, KY 40202** |
| | **(502) 416-1630   Fax: (502) 540-8282** |
| | _Name of law firm_ |

# United States Bankruptcy Court
## Western District of Kentucky

In re  **MD2U Management LLC**

Debtor(s)

Case No.  **17-32761**

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Jessice Dsourza**<br>**4613 Blenheim Road**<br>**Louisville, KY 40206** | **Incentive** | **175** | **Membership** |
| **Joel Coleman**<br>**6501 Turnbridge Place**<br>**Prospect, KY 40059** | **Incentive** | **500** | **Membership** |
| **Margi Willan**<br>**250 Pennsylvania Ave**<br>**Louisville, KY 40206** | **Incentive** | **175** | **Membership** |
| **Mark Crane**<br>**201 E. Jefferson Street**<br>**Suite 102**<br>**Louisville, KY 40202** | **Incentive** | **150** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 21, 2017**

Signature  **/s/ Joel Coleman**

**Joel Coleman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Kentucky

In re   __MD2U Management LLC__ _____      Case No.   __17-32761__
                                    Debtor(s)          Chapter    __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __September 21, 2017__           __/s/ Joel Coleman__
                                         __Joel Coleman__/__President__
                                         Signer/Title